|  |  |
|---|---|
|  | **Hearing Date and Time:**<br>July 7, 2016 at 11:00 a.m. |
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | **Objection Deadline Date and Time:**<br>June 30, 2016 at 4:00 p.m. |

-----------------------------------------------------------------x
In re:                                                           :
                                                                 :    Chapter 7
THE ALPHAS COMPANY OF NEW YORK,                                  :
INC.,                                                            :    Case No. 14-10510 (MEW)
                                                                 :
          Debtor.                                                :
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING
## ON TRUSTEE'S OBJECTION TO CLAIMS

**PLEASE TAKE NOTICE** that pursuant to the Court's request the hearing on the

Trustee's objections to claims, as set forth below, scheduled for June 29, 2016 at 10:00 a.m.

(EST), have been adjourned to July 7, 2016 at 11:00 a.m. (EST).

1.  CHAPTER 7 TRUSTEE'S FIRST OMNIBUS OBJECTION TO THE CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007
    [*CLAIM NUMBERS 2, 3, 4, 6, 10, 11, 13, 17, 19, 21, 24, 25 and 27*] **[Doc. No. 184]**;

2.  CHAPTER 7 TRUSTEE'S SECOND OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007
    [*CLAIM NOS. 5, 7, 8, 9, 12, 18 and 20*] **[Doc. No. 185]**; and

3.  CHAPTER 7 TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 [*CLAIM NUMBERS 2-2, 22, 23, 26 and 30*] **[Doc. No. 186]**.

Dated: New York, New York                    TROUTMAN SANDERS LLP
       June 2, 2016

                                             By:    *s/John P. Campo*
                                                    John P. Campo
                                                    875 Third Avenue
                                                    New York, New York 10022
                                                    Tel. (212) 704-6075

                                             *Counsel for Trustee*

28576828v1