**Hearing Date and Time:**
**August 24, 2016 at 10:00 a.m.**

**Objection Deadline Date and Time:**
**August 17, 2016 at 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                           : Chapter 7
                                                :
THE ALPHAS COMPANY OF NEW YORK, INC.,           :
                                                : Case No. 14-10510 (MEW)
            Debtor.                             :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### CHAPTER 7 TRUSTEE'S FIRST INTERIM REPORT AND REQUEST FOR COMMISSIONS AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11. U.S.C. §§ 326 AND 331

**TO THE HONORABLE MICHAEL E. WILES,**
**UNITED STATES BANKRUPTCY JUDGE**

John S. Pereira, chapter 7 trustee (the "Trustee") for the estate of The Alphas Company of New York, Inc. (the "Debtor"), respectfully submits his first interim report and request for commissions and expenses pursuant to 11 U.S.C. §§ 326 and 331.  In support of this report and request, I represent and allege as follows:

1.      On March 4, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court");

2.      On June 5, 2014, the Debtor's case was converted to a case under chapter 7 of title 11 of the Bankruptcy Code [Doc. No. 29];

3.      On June 5, 2014, the Trustee was appointed as the interim chapter 7 trustee and later became the permanent trustee for the Debtor's estate [Doc. No. 30];

4.      This report and application is for the period June 5, 2014 through June 30, 2016 (the "First Interim Period"). During the First Interim Period, the gross receipts to the Debtor's

estate amount to $2,845,059.88, total disbursements are $604,862.20, leaving a balance of $2,240,197.68. Pursuant to 11 U.S.C. § 326, the Trustee is requesting fees and commissions in the amount of $86,945.44[1].

5.      Contemporaneously with this application, the Trustee is seeking, upon approval by the Court, to make a first interim distribution to creditors in the approximate amount of $1,814,706.36, which include disbursements to the Trustee's professionals, priority tax creditors and general unsecured creditors (including amounts to be reserved for disputed claims). The applications referred to above are scheduled to be heard before this Court on August 24, 2016.

6.      The current balance in the estate available for the distribution referred to above is approximately $2,240,198.00. The source of these funds are (i) the amounts recovered by the Trustee under the Settlement Agreement with the defendants named in the state court action[2] (the "State Court Action") against, *inter alia*, The Hunts Point Terminal Cooperation Association, Inc. (the "Association") as well as the pending RICO action in the District Court[3] (the "District Court Action", and collectively with the State Court Action, the "Actions"); and (ii) the proceeds from the sale of the Debtor's propriety lease for certain store and office units at the Hunts Point Market (the "Hunts Point Lease"), the membership interest appurtenant to such lease (the "Membership Interests"), and the fixtures situated in the units (collectively, the "Acquired Assets").

7.      Upon my appointment as Trustee, I reviewed all appropriate documents so as to familiarize myself with the history of this case. After this review, I determined that it would be

---

[1] This amount reflects 80% of the commissions of $108,601.80.

[2] *The Alphas Company of New York, Inc. v. Hunts Point Terminal Produce Cooperative Association, Inc.*, Index No. 305155/2013.

[3] *Pereira, et ano. v. The Hunts Point Terminal Produce Cooperative Association, Inc. et al.*, Case No. 1:14-cv-00145-ALC.

in the best interest of the Debtor's estate to retain counsel to represent me on behalf of the estate. I engaged Troutman Sanders LLP ("Troutman") as general and bankruptcy counsel, and upon my application, the Court approved the retention of Troutman, effective as of June 6, 2014, by an order entered on July 9, 2014.

8.      My counsel and I, immediately analyzed the Debtor's financial condition, reviewed the various litigations that the Debtor had commenced prepetition, and addressed the Bankruptcy Court's order lifting the automatic stay to permit the Association and various secured creditors to proceed against the Debtor's interest in the Hunts Point Lease and the Membership Interests (the "Lift Stay Order").  After consultation with Troutman, my counsel negotiated a continuation of the effective date of the lift stay order so the Trustee could evaluate the Debtor's assets and attempt to negotiate a sale.

9.       Once it was determined that the Hunts Point Lease and Membership Interests had significant value, my counsel and I conducted negotiations with the Association to resolve the actions and the amount of rent or other arrears asserted with respect to the Hunts Point Lease, and allow me to conduct a sale of those assets.  In order to preserve the status quo during the course of these negotiations, Troutman sought and obtained various extensions of the lift stay standstill from June 6, 2014 through December 31, 2014.  At this time, I also retained MYC & Associates, Inc. ("MYC") as broker to assist with the sale of the Acquired Assets, which application was approved by the Court by order entered on August 10, 2015.

10.      After lengthy negotiations among the Trustee and the parties to the Actions over the entire lift stay standstill period, I entered into a stipulation and order (the "Stipulation and Order") vacating the Lift Stay Order, without prejudice, so that I could sell the Hunts Points Lease and the Membership Interests appurtenant thereto.  I also entered into a Settlement

Agreement with the defendants to the Actions, pursuant to which, *inter alia*, I provided a release of the Debtor's claims against the Association in the Actions in exchange for the Association's payment to the estate (as a set off against its arrears) in the total amount of $211,565. In addition, upon consummation and closing of the sale of the Membership Interests, the Association paid the estate the amount of $38,627.13, representing the Debtor's share of a judgment obtained by the Association on behalf of its members against the Harlem River Shipyard Association.

11.    The Settlement Agreement was approved by order of this Court on January 7, 2015 [Doc. No. 91] (the "Settlement Order"), and on January 20, 2015 Peter Alphas ("Alphas") filed a notice of appeal of the Settlement Order [Doc. No. 93].

12.    During the pendency of the appeal, my counsel and I were compelled to respond to a least three orders to show to cause and motions filed by Alphas in both this Court and the District Court seeking to prevent the Trustee from conducting an auction of the Hunts Point Leas and the Membership Interests. Each time the Trustee prevailed.

13.    Trustee also worked with counsel to prepare and file a responsive appellee brief arguing, among other things, that (i) Alphas failed to timely file his designation of record and statement of issues; and (ii) this Court did not abuse its discretion in approving the Settlement Agreement and shorting the notice period with respect thereto. On January 27, 2016, after fully briefing the appeal, the District Court affirmed the Settlement Order.

14.    Furthermore, during the standstill period, I initiated a sale process through Troutman and MYC of the Acquired Assets, and thereafter he received a commitment from a potential stalking horse purchaser and negotiated an agreement in principal for that entity to purchase, *inter alia*, the Debtor's Lease and Membership Interests. However, after the

Settlement Order was entered and the parties had nearly finalized the terms of a sale agreement, the proposed bidder withdrew its offer. My advisors and I immediately re-solicited other interested parties for offers for the Debtor's assets.

15.     After discussions with several parties and several months of negotiations, I entered into a stalking horse agreement with another proposed bidder (Muscat Produce) for the sale of the Acquired Assets. On August 10, 2015, the Court entered an order approving the bidding procedures for the sale of the Debtor's assets and authorizing the Trustee to enter into a sale, assumption and assignment agreement with Muscat Produce for $850,000, subject to higher and better offers [Doc. No. 134].

16.     My professionals then ran a comprehensive bidding process that culminated in an auction on October 1, 2015. That auction resulted in a final bid by S. Katzman Produce, Inc. ("Katzman") of $2,800,000 for the acquired assets, which was more than three times higher than the stalking horse bid. These efforts resulted in a record price per coop unit at the Hunts Point Market. The sale was approved by this Court on October 5, 2015, closed on February 11, 2016, and resulted in the recovery of $2,800,000 for the Debtor's estate.

17.     After the claims bar date passed in the case, I worked with my counsel to analyze certain proofs of claim filed and supporting documentation to determine the priority and validity of the allowed claims. Initially, I filed an objection (the "Alphas Objection") to the proof of claim (claim no. 23-1) filed by Stephen and Alexandra Alphas (the "Alphas Claim"), which was considered an adversary proceeding by this Court, on the grounds that the claim was based on an allegedly fraudulent promissory note. After a trial on the Alphas Objection, the Court approved on April 26, 2016 [Doc. No. 181] a stipulation and order allowing the Alphas Claim in a reduced amount of $150,000. By stipulation and order entered on April 22, 2016 [Doc. No. 180], I also

resolved the claim of Peter Alphas (claim no. 26-1), allowing the claim in the amount of $0.

Both stipulations included releases by the claimants of any and all claims against the Debtor's

estate, including a waiver of any objection to the administrative expenses in this case.

18.     Our analysis of claims raised certain issues with respect to, *inter alia*, purported

secured claims by creditors under the Perishable Agricultural Commodities Act, alleged liens on

the Debtor's assets, and discrepancies over amounts paid to creditors on account of their claims.

To date, I have largely completed my analysis of the secured and general unsecured claims in the

Debtor's estate and have filed three omnibus motions [Doc. Nos. 184, 185 and 186] to expunge

and disallow certain claims, reclassify certain claims, and reduce certain claims.  Substantially all

of the filed objections have been resolved, and there remain only a limited number of claims

which the Trustee must still address.  For those claims for which objections to claims have not

been resolved, the Trustee will have funds available in reserve pending the final disposition of

such claims.

19.     In connection with the foregoing, during this period of time, the Trustee has been

"hands on" both in all day-to-day administrative matters and all legal matters and has expended

279.80 hours rendering various services to the Debtor's estate, including, but not limited to:

(a)      the review of all legal documents prepared and/or filed in this case as well as all

correspondence, mail, bills, checks, faxes and e-mails;

(b)      performing all necessary banking functions since the inception of this case;

(c)      Negotiating and finalizing the Stipulation and Order and Settlement Agreement,

including the prosecution of Alphas' appeal of the Settlement order;

(d)      participating in the auction sale of the Acquired Assets, including finding a

purchaser for the Acquired Assets, and conferring with Troutman and MYC regarding the sale;

(e)      reviewing, revising, and where appropriate, editing any and all documents;

(f)      attending meetings with counsel, when necessary and when requested to discuss status of this case; and

(g)      conferring with counsel regarding the claims filed in this case and was involved in negotiation and settlement of certain claims.

20.      Additionally, the Trustee has reviewed all pleadings, memoranda of law, motions and applications served on me, my professionals, or my agents by any party in interest.  I have also reviewed, executed and filed all orders, applications and affidavits necessary for the expeditious administration of this case.  As required, the Trustee has attended all necessary Court hearings in this case.

21.      The administration of this case continues as to the objection to certain claims.

22.      Attached as Exhibit "A" is a copy of the Trustee's time records and a summary of expenses incurred in the administration of this case.

23.      As of June 30, 2016, the total receipts in this case are $2,845,059.88; total disbursements are $604,862.20.  After you subtract those amounts from the balance on hand, the total cash on hand currently available for distribution is $2,240,197.68 (See Exhibit "B" - Form 2 which is on file with the Office of the United States Trustee and Chapter 7 Trustee).  The commissions requested at this time are set forth in Exhibit "C."

24.      This application is pursuant to 11 U.S.C. §§ 326 and 331.  The commissions requested in the sum of $86,945.44 are reasonable and necessary, and it is respectfully requested that they be allowed in accordance with the Bankruptcy Code.

**WHEREFORE**, the Trustee respectfully requests this report and request for

commissions pursuant to 11 U.S.C. §§ 326 and 331 be approved and allowed as set forth in this

application and for such other, further and different relief as may seem just and proper.

Dated: New York, New York
      August 3, 2016

                                  Respectfully submitted,


By: */s/ John S. Pereira*
            John S. Pereira, Chapter 7 Trustee
            641 Lexington Avenue, 3rd Floor
            New York, New York 10022
            Tel. No. (212) 758-5777

# EXHIBIT "A"

# TRUSTEE'S TIME RECORDS

Printed: 08/01/16 04:49 PM

Page: 1

# Time Sheet Report

**Trustee: JOHN S. PEREIRA (521200)**

**Period: 01/01/00 - 07/31/16**

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | Petition Date: 03/04/14 |
| Case Type: Assets | Judge: MICHAEL E. WILES | 341a Meeting: 08/10/16   11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | CASE ADMINISTRATION | 06/05/14 | Conference with JSP and AMS to review docs in this converted case and discuss status; teleconf with A Squire | 1.00 | | 0.00 |
| | | 06/05/14 | Teleconf. with Richard Fox Conf. of cases and Ct's granting with lift stay with a 14 day stay for appointed ttee to investigate if value of lease..50.  Download notice of appt. as Ttee..  Download and review docs on file. 1.00. | 1.50 | | 0.00 |
| | | 06/06/14 | Recieve, review and download lift stay order | 0.30 | | 0.00 |
| | LITIGATION | 06/06/14 | rev ltr and  order rec'd fr union attys re:claim vs. debtor 1.00; confirm with BMS that docket will be imported .20 | 1.20 | | 0.00 |
| | CASE ADMINISTRATION | 06/09/14 | AMS - Meeting with John Campo and Brett Goodman to discuss trustee's position with regard to lease, offer to purchase, pertinent parties and contact info. | 1.00 | | 0.00 |
| | LITIGATION | 06/09/14 | e-ms re;offers and response to same .50 rec and analyze e-ms fr PA re:allegations of crimes against him and his co., the debtor ,and ltrs fr prior counsel to debtor re:union c/a vs. debtor ;confs w AMS re:same (continuous) 1.50 | 2.00 | | 0.00 |
| | CASE ADMINISTRATION | 06/10/14 | AMS - Research current status of leases in which warrant of eviction has been issued but eviction not executed; e mail J Campo and Brett Goodman. | 0.50 | | 0.00 |
| | | 06/10/14 | Conf with AMS and J Campo ; teleconfs with attorney for debtor, principal of debtor, attorney for prospective purchaser, attorney for Landlord Hunts Point Market; tele message to attorney for PACA. | 3.00 | | 0.00 |
| | | 06/13/14 | Recieve and review 11 emails from P Alphas incuding stream of emails between P Alphas and the controller of the Co-Op. Supposedly evidencing failure to pay debtor distribution | 1.50 | | 0.00 |
| | | 06/14/14 | Receive and review email from P Alphas enclosing motion he filed to vacate the union judgement | 0.50 | | 0.00 |
| | | 06/17/14 | Receive and review 3 emails from P Alphas enclosing letter to Judge Berman and his allegations that Co-Op Claims are false | 0.40 | | 0.00 |
| | | 06/19/14 | Receive and Review 2 emails from P Alphas re: his new allegations of fraud and federal racketeering claims | 0.40 | | 0.00 |
| | | 06/20/14 | Conf w AMS re: all docs received. 1.00 rev orders and slips and OSC's red'd 1.00 rev ltr and time records fr prior counsel to debtor .50 rev ltr and time records fr prior counsel to debtor .50 | 2.50 | | 0.00 |
| | | 06/20/14 | Receive and review self - contained appraisal report. Common stock subscription agreement summons and complaint in Supreme Court action | 1.50 | | 0.00 |

# Time Sheet Report

## Trustee: JOHN S. PEREIRA (521200)

### Period: 01/01/00 - 07/31/16

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | | Petition Date: 03/04/14 |
|---|---|---|---|
| Case Type: Assets | Judge: MICHAEL E. WILES | | 341a Meeting: 08/10/16   11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | CASE ADMINISTRATION | | debtor v. Hunt etc. Statement of account, emergency order to show cause, and voluminous documents from P Alphas | | | |
| | | 06/20/14 | Receive and review 3 emails from P Alphas enclosing debt invoice and statement of account | 0.20 | | 0.00 |
| | | 06/21/14 | Receive and review emails from P Alphas re: conference scheduled | 0.20 | | 0.00 |
| | | 06/23/14 | Emails from and to S Lieberman enclosing OTSC filed by P Alphas | 0.30 | | 0.00 |
| | | 06/23/14 | Receive and review email from P Alphas enclosing notice of assessment which he claims to have paid | 0.30 | | 0.00 |
| | | 06/25/14 | Receive and review email from P Alphas re: his intention to dismiss case | 0.20 | | 0.00 |
| | | 06/26/14 | Email to P Alphas advising that debtor and counsel must appear at 341 meeting | 0.20 | | 0.00 |
| | | 06/27/14 | Email to R Delpino re: Troutman retention orders | 0.20 | | 0.00 |
| | | 07/01/14 | rev answers analyze ltr from P. Alphas to Bkrptcy Judge .50 | 0.50 | | 0.00 |
| | | 07/01/14 | Receive and review email from P Alphas re: his need to reschedule 341 meeting due to illness, email P Alphas that because creditors are expected to appear the meeting will be called and continued to an adjourned date | 0.40 | | 0.00 |
| | | 07/02/14 | Recieve and review email from Brett Nizzo attorney for Farmers Market LLC, attaching UCC  1 term rate and security agreement | 0.75 | | 0.00 |
| | | 07/07/14 | Receive and review emails from P Alphas re: status conference | 0.30 | | 0.00 |
| | | 07/07/14 | Receive and review email from David Rose attaching statement showing application of cash receipts from debtor and statement of account as of 6/24/14 | 0.40 | | 0.00 |
| | | 07/09/14 | Receive and review email from the Co-Op Board advising of motions passed by the board imposing assessments | 0.30 | | 0.00 |
| | | 07/15/14 | rev e-ms fr P.A. and A.Squire re: bkrptcy filing and allegations against 3rd ptys .50 | 0.50 | | 0.00 |
| | | 07/15/14 | Receive and Review 7 emails from P Alphas attaching transcript faxes from Co-Op Board email, and DA contact info | 1.00 | | 0.00 |
| | | 07/17/14 | AMS - Teleconf with J Campo regarding stipulation parameters of the trustee. | 0.40 | | 0.00 |
| | | 07/17/14 | Receive and review 2 emails from P Alphas re: expiration of PACA license | 0.30 | | 0.00 |
| | | 07/17/14 | Receive and review preparation of stipulation between the trustee, Hunts Point, Eric Vancke, and Eagle Produce | 1.00 | | 0.00 |
| | | 07/18/14 | Receive and review emails between Andrew Squire and J Campo re: potential purchasers | 0.30 | | 0.00 |
| | | 07/22/14 | AMS -  Teleconf with J Campo regarding his attendance at District Court | 0.50 | | 0.00 |

Printed: 08/01/16 04:49 PM

Page: 3

# Time Sheet Report

**Trustee: JOHN S. PEREIRA (521200)**

**Period: 01/01/00 - 07/31/16**

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | | Petition Date: 03/04/14 |
| Case Type: Assets | Judge: MICHAEL E. WILES | | 341a Meeting: 08/10/16    11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | CASE ADMINISTRATION | | hearing yesterday and his conversation of today with the Co-Op Board and Attorney to finalize terms of 9019 settlement. | 0.40 | | 0.00 |
| | | 08/01/14 | AMS - Teleconf with J Campo regarding status of settlement and terms. | 0.50 | | 0.00 |
| | | 08/04/14 | Receive, review and reply to emails from Peter Alphas regarding settlement, district court action and 341 meeting. | 0.40 | | 0.00 |
| | | 08/05/14 | Receive and review letter to Judge Carter re: Debtor v. The Hunts Point Terminal | 1.00 | | 0.00 |
| | | 08/05/14 | rev all e-ms;answer same ;confs w AMS re: same 1.00 | 0.40 | | 0.00 |
| | | 08/06/14 | Receive and review emails between A Squire and P Alphas re: P Alphas obligation to appear at 341 mtg, his resistance to do so and desire to have new counsel | 1.00 | | 0.00 |
| | | 08/07/14 | Att at S341mtg; confs w attys present ;conduct mtg ;no appearance by principal 1.00 | 0.60 | | 0.00 |
| | LITIGATION | 08/17/14 | rev and analyze legal docket in RICO case .60 | 0.20 | | 0.00 |
| | | 08/27/14 | Email to J Campo re: 341 meeting | 0.40 | | 0.00 |
| | CASE ADMINISTRATION | 09/16/14 | Teleconf with J Campo regarding discussions with attorneys for marshalls re: contribution and indemnification. | 1.00 | | 0.00 |
| | | 09/22/14 | rev and approve order and app to designate principal 1.00 | 0.25 | | 0.00 |
| | | 09/24/14 | rev ltr to Judge Carter .25 | 0.35 | | 0.00 |
| | ASSET ANALYSIS AND RECOVERY | 09/25/14 | rev stip extending time .25 / rev e-m fr PeterA. .10 | 0.50 | | 0.00 |
| | CASE ADMINISTRATION | 10/01/14 | rev memo fr PeterA. ;respond to same re:his duties .50 | 0.20 | | 0.00 |
| | | 10/01/14 | rev memo fr PeterA. re:union judgment .20 | 1.00 | | 0.00 |
| | | 10/01/14 | rev more memos fr PeterA., e-m fr atty and ltr to JC re:union claims (continuous) 1.00 | 0.25 | | 0.00 |
| | | 10/01/14 | rev e-ms to & fr attys re:S341 .25 | 0.30 | | 0.00 |
| | | 10/01/14 | Reeive, review and respond to email from Brett Nizzo re: 341 meeting | 0.25 | | 0.00 |
| | | 10/02/14 | rev and answer e-m fr PeterA .25 | | | 0.00 |
| | | 10/09/14 | rev n/m to dismiss filed by PeterA. 1.00 / t/c w Court re:n/m .20 / conf w attys re:same .30 / dict ltr to PeterA. &others at Ct.'s request .40 | 1.90 | | 0.00 |
| | LITIGATION | 10/13/14 | rev ems fr PeterA. and 2 ltrs to Judge Carter .60 | 0.60 | | 0.00 |
| | | 10/14/14 | rev e-ms fr PeterA. .30 | 2.00 | | 0.00 |

# Time Sheet Report

**Trustee: JOHN S. PEREIRA (521200)**

**Period: 01/01/00 - 07/31/16**

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | Petition Date: 03/04/14 |
|---|---|---|
| Case Type: Assets | Judge: MICHAEL E. WILES | 341a Meeting: 08/10/16  11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | LITIGATION | | rev and approve ltr to Judge Gropper re:dismissal motion and other issues raised 1.20 | | | 0.00 |
| | | | confs w attys re:same .50 | | | 0.00 |
| | CASE ADMINISTRATION | 10/15/14 | AMS - Receive, download and review letter from Thomas G. Aljian, Jr. regarding sale of units. | 0.40 | | 0.00 |
| | | 10/15/14 | rev ltr to Ct. .20 | 0.40 | | 0.00 |
| | | | Rev pro hac  vice order .20 | | | |
| | | 10/22/14 | Receive and review email from P Alphas enclosing transcript of PACA Case | 0.40 | | 0.00 |
| | | 10/23/14 | Receive and review email from P Alphas enclosing transcript of action of Six L. Packing Inc. v. debtor | 0.50 | | 0.00 |
| | | 10/27/14 | Receive and review letter i filed and debt to Judge Carter | 0.20 | | 0.00 |
| | | 10/30/14 | conf here w JC and associate and Peter Alphas 3.00 | 3.00 | | 0.00 |
| | | 11/05/14 | rev docs in prep for S341 mtg. 2.00 | 2.00 | | 0.00 |
| | | 11/05/14 | Email between P Alphas and J Campo re: offset of insurance recovery against damages | 0.30 | | 0.00 |
| | LITIGATION | 11/10/14 | e-ms fr PA re distribution ck and alleged teamster crimes .50 | 0.50 | | 0.00 |
| | CASE ADMINISTRATION | 11/14/14 | Receive and respond to email from interested offeror | 0.20 | | 0.00 |
| | LITIGATION | 11/14/14 | rev 11 e-ms w docs and Castel  Court decision and invoices fr PA re: perjury allegations,invoices and other docs re:trial had and money owed by debtor 4.00 | 4.00 | | 0.00 |
| | ASSET DISPOSITION | 11/17/14 | rev offer rec'd,e-m fr PA re:bounced check .30 | 0.30 | | 0.00 |
| | LITIGATION | 11/18/14 | e-m fr PA re:docs he filed .20 | 0.20 | | 0.00 |
| | | 11/19/14 | rev 3 e-ms w docs fr PA accusing L/L and others 1.00 | 1.00 | | 0.00 |
| | | 11/20/14 | rev 9 e-ms , letters and memos to JC and fr PA's alleged atty re:usurpation of assets of debtor;e-ms and confs w JC re:same 3.00 | 3.00 | | 0.00 |
| | | 11/21/14 | e-m and memo fr Peter Alphas (PA) accusing L/L .30 | 0.30 | | 0.00 |
| | | 11/25/14 | rev 6 e-ms fr Peter Alphas accusing creditors and L/I  and response fr JC and ex-parte proposed order 2.00 | 2.00 | | 0.00 |
| | CASE ADMINISTRATION | 12/01/14 | Emails to and from J Campo re: 341 meeting | 0.20 | | 0.00 |
| | LITIGATION | 12/01/14 | rev and approve letter to Judge Carter .40 | 0.40 | | 0.00 |
| | | 12/02/14 | rev series of e-ms to and fr Peter Alphas re: alleged crimes, his failure to turn over docs, his insulting and slanderous statments, amount owing per share, send e-ms to JC 2.00 | 2.00 | | 0.00 |
| | | 12/04/14 | rev e-ms re:Bronx Sup. Ct. hearing .30 | 0.30 | | 0.00 |

Printed: 08/01/16 04:49 PM

Page: 5

# Time Sheet Report

**Trustee: JOHN S. PEREIRA (521200)**

**Period: 01/01/00 - 07/31/16**

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | Petition Date: 03/04/14 |
| Case Type: Assets | Judge: MICHAEL E. WILES | 341a Meeting: 08/10/16   11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | LITIGATION | 12/04/14 | analyze lenghty e-ms and docs rec'd fr Peter Alphas re: alleged claims and crimes by,creditors and L/L , including docs filed 3.00 | 3.00 | | 0.00 |
| | CASE ADMINISTRATION | 12/05/14 | rev ltr and 3 e-ms fr JC re:ltrs fr P.Alphas .35 | 0.20 | | 0.00 |
| | ASSET ANALYSIS AND RECOVERY | 12/10/14 | rev notice and amended lease re:Hunt's Point Co-op 1.50 | 1.50 | | 0.00 |
| | TAX ISSUES | 12/19/14 | rev and analyze 2010, '11 and '12 fed'l tax returns rec'd. 3.00 | 3.00 | | 0.00 |
| | LITIGATION | 12/23/14 | rev proposed compromise 1.00 rev ex-parte order and app shortening time .50 | 1.50 | | 0.00 |
| | | 12/30/14 | rev and approve ltr to Judge Carter and ecf notice to him re:extension of time to file amended complaint .75 | 0.75 | | 0.00 |
| | | 01/05/15 | rev and analyze objection to 9019 filed by Farmers Mkt. and filing of same 1.00 | 1.00 | | 0.00 |
| | | 01/06/15 | rev Alphas' objection to 9019,farmers objection re:same ,ttee's response to Farmers and ttee's response to Alphas' objections to 9019(continuous) 3.50 | 3.50 | | 0.00 |
| | | 01/07/15 | rev order approving settlement .50 | 0.50 | | 0.00 |
| | | 01/20/15 | ecf to Court to add atty to notices .20 | 0.20 | | 0.00 |
| | CASE ADMINISTRATION | 01/21/15 | rev notice of appeal .25 | 0.25 | | 0.00 |
| | LITIGATION | 01/29/15 | rev e-m fr PeterA. re"Mandel, e-m fr him re:sheriff and e-ms re:S341mtg .35 | 0.35 | | 0.00 |
| | CASE ADMINISTRATION | 02/11/15 | e-ms to &fr re:mtg re:Alphas .20 | 0.20 | | 0.00 |
| | | 02/23/15 | AMS - Conf with JCampo re: sale procedure going forward. | 0.30 | | 0.00 |
| | | 02/26/15 | e-ms fr PeterA re:alleged fraud .20 | 0.20 | | 0.00 |
| | ASSET DISPOSITION | 03/05/15 | rev and analyze offer rec'd fr atty w terms .50 | 0.50 | | 0.00 |
| | CASE ADMINISTRATION | 03/09/15 | Receive and review adjourned notice of 341 meeting | 0.20 | | 0.00 |
| | | 03/11/15 | prepare,rev., and approve status report to UST 2.00 | 2.00 | | 0.00 |
| | | 03/11/15 | conf s w JC re:draft of status rept to UST 1.00 rev, approve and finalize same for filing w UST w copies of 9019 stip 1.00 | 2.00 | | 0.00 |
| | | 03/17/15 | rev e-m fr PeterA .10 | 0.10 | | 0.00 |
| | LITIGATION | 03/19/15 | rev and approve ltr to Judge Carter after rev of e-ms and OSC by PeterA and our position re:same 2.00 | 2.00 | | 0.00 |
| | CASE ADMINISTRATION | 03/20/15 | rev e-m fr PeterA re:alleged  RICO case and w/dal request .50 | 0.50 | | 0.00 |
| | | 03/25/15 | rev e-m fr UST;rev e-m fr Alphas ; prepare,review, correct and finalize responses;send same 1.50 | 1.50 | | 0.00 |
| | LITIGATION | 03/25/15 | rev complaint rec'd by UST fr PeterA and commence response to same .50 | 0.50 | | 0.00 |
| | | 03/25/15 | rev status rept previously sent to UST ;complete response to UST re:allegations filed by PeterA  and falsity of same w UST 2.00 | 2.50 | | 0.00 |

# Time Sheet Report

**Trustee: JOHN S. PEREIRA (521200)**

**Period: 01/01/00 - 07/31/16**

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | | | Petition Date: 03/04/14 | | |
|---|---|---|---|---|---|---|
| Case Type: Assets | Judge: | MICHAEL E. WILES | | 341a Meeting: 08/10/16  11:00 | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | ASSET DISPOSITION | 03/26/15 | rev draft of asset purchase agreement  and cover ltr sent to atty .1.75 | 1.75 | | 0.00 |
| | CASE ADMINISTRATION | 03/30/15 | rev n/rn & notice to amend date of settlement agreement 1.00 | 1.00 | | 0.00 |
| | | 04/01/15 | rev e-m fr PeterA re:sale of Okun .40 | 0.40 | | 0.00 |
| | | 04/02/15 | Teleconf with J Campo regarding terms of sale, next higher offer, etc. | 0.40 | | 0.00 |
| | | 04/02/15 | rev numerous e-ms and docs rec'd fr PeterA and accusations contained therein ;office confs re:handling  of unwanted docs and e-ms ;also rev ltrs fr JC to attys re:offers made for units owned by ttee (continuous) 4.00 | 4.00 | | 0.00 |
| | | 04/03/15 | rev ltr fr attys fr Hunts  Point re:M&E still @ MKT ;rev photos of same and compare w inventory of M&E previously given by PeterA  1.00 t/c w MYC re:same .20 | 1.20 | | 0.00 |
| | | 04/07/15 | rev e-m fr LV re:her conf w atty for creditor .25 | 0.25 | | 0.00 |
| | LITIGATION | 04/08/15 | confs w AMS and JC re:sale of lease 1.00 t/c w MYC re:marketing and sale .60 | 1.60 | | 0.00 |
| | ASSET DISPOSITION | 04/09/15 | t/cs w MYC and AMS .40 rev ltr and prior apps for retention and compensation requested under different circumstances 1.10 | 1.50 | | 0.00 |
| | LITIGATION | 04/14/15 | rev a/p filed by Razzoli .50 | 0.50 | | 0.00 |
| | CLAIMS ADMINISTRATION AND OBJECTIONS | 04/15/15 | rev claims filed bt debtor's atty and e-ms re:claims vs. PeterA. .70 | 0.70 | | 0.00 |
| | CASE ADMINISTRATION | 04/20/15 | Receive and review copy of letter from Steven M. DeFalco, atty for Southern Corporate Packers regarding withdrawal of claim #16; mark claims file accordingly. | 0.40 | | 0.00 |
| | ASSET DISPOSITION | 04/21/15 | rev ltr fr JC to attys re:inspection of units and turnover of keys .25 | 0.25 | | 0.00 |
| | | 04/23/15 | rev 2 e-ms re:lack of response  to inspection request .25 | 0.25 | | 0.00 |
| | LITIGATION | 04/30/15 | rev 52 page complaint  filed by PeterA vs, NY Business Integrity Commission and NYC 2.00 rev ltr fr:JC to his attys re:his seeking legal advice .25 | 2.25 | | 0.00 |
| | | 05/01/15 | rev and approve ltr to Judge Carter .30 rev comment fr PeterA .10 | 0.40 | | 0.00 |
| | CASE ADMINISTRATION | 05/06/15 | rev ltr objecting to and  Sof A filed by debtor .30 | 0.30 | | 0.00 |
| | | 05/07/15 | rev e-m re:MYC retention .10 rev e-ms fr PeterA re:allegations against numerous people and entities 1.00 | 1.10 | | 0.00 |

Printed: 08/01/16 04:49 PM

Page: 7

# Time Sheet Report

**Trustee: JOHN S. PEREIRA (521200)**

**Period: 01/01/00 - 07/31/16**

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | | Petition Date: 03/04/14 |
|---|---|---|---|
| Case Type: Assets | Judge: MICHAEL E. WILES | | 341a Meeting: 08/10/16   11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | ASSET DISPOSITION | 05/08/15 | e-m to office re:status of retentions and sale of units .25 | 0.25 | | 0.00 |
| | CASE ADMINISTRATION | 06/05/15 | rev e-m fr creditor re:S341 mtg .25 | 0.25 | | 0.00 |
| | | 06/09/15 | rev e-m fr PA and ltr fr PACA re:unpaid bills .40 | 0.40 | | 0.00 |
| | | 06/10/15 | rev transcript of hearing and defamatory e-m rec'd fr PeterA;confs re:same 1.50 | 1.50 | | 0.00 |
| | | 06/16/15 | rev 2 notices of appeal and memos fr Judge rejecting attempt to allow corp. to proceed w/o counsel .60 | 0.60 | | 0.00 |
| | LITIGATION | 06/18/15 | e-ms fr PeterA. re: papers filed ,judgment , responses fcr atty .30 | 0.80 | | 0.00 |
| | CASE ADMINISTRATION | 06/19/15 | rev e-ms fr attys re: 341 mtg .25 | 0.25 | | 0.00 |
| | LITIGATION | 06/23/15 | t/c w MYC .10 rev e-m re:inspections.25 | 0.35 | | 0.00 |
| | ASSET ANALYSIS AND RECOVERY | 06/29/15 | rev. analyze and correct draft of notice of hearing and motion re:bidding procedures 1.50 | 1.50 | | 0.00 |
| | CASE ADMINISTRATION | 06/29/15 | rev e-m fr AMS re: n/m .15 | 0.15 | | 0.00 |
| | | 06/30/15 | rev amended Sof A  and schedules filed by PeterA for debtor .50 rev e-m fr Rey D comparing changes made .30 | 0.80 | | 0.00 |
| | LITIGATION | 07/06/15 | e-m fr PA re: RICO case .20 | 0.20 | | 0.00 |
| | CASE ADMINISTRATION | 07/07/15 | rev and correct orders.terms of sale ,bidding procedures,etc. 4.00 | 4.00 | | 0.00 |
| | | 07/07/15 | t/c w MYC re;ads, prospectus ,notices of  sale ,etc. .50 | 0.50 | | 0.00 |
| | LITIGATION | 07/07/15 | request fr MYC and questions re:lease terms .25 | 0.25 | | 0.00 |
| | ASSET DISPOSITION | 07/08/15 | rev.,compare and approve clean and blacklined versions of n/m re;sale, bidding procedures, order approving procedures and sale 3.30 | 3.30 | | 0.00 |
| | ACCOUNTING/AUDITING | 07/09/15 | Open an estate money market account with Rabobank, N.A. and prepare tax papers for tax ID number. | 0.30 | | 0.00 |
| | | 07/09/15 | Receive, review, endorse and deposit $85,000 check from Muscat Produce LLC re: deposit toward purchase of stock at Hunts Point Coop Assn | 0.30 | | 0.00 |
| | ASSET DISPOSITION | 07/09/15 | rev e-ms re:rent and maintenance under lease;rev e-m re:taxes as rent and confirmation fr L/L re:same going forward .50 | 0.50 | | 0.00 |
| | | 07/10/15 | rev and correct notice of sale ;mark-up same 1.00 fwd same to BrettG. .10 | 1.10 | | 0.00 |
| | | 07/10/15 | rev e-ms frA.;rev e-ms frMYC re:offers ; conf w attys and MYC re: deposit checks; answer defamatory e-ms fr PA. (continuous) 2.30 | 2.20 | | 0.00 |
| | ASSET ANALYSIS AND RECOVERY | 07/13/15 | rev amended ltr fr atty for stalking horse.35 t/o w JC re: same .10 t/c w JC ,MY and AMS re: bidding procedures, approval of same,retention of | 0.85 | | 0.00 |

Printed: 08/01/16 04:49 PM

Page: 8

# Time Sheet Report

**Trustee: JOHN S. PEREIRA (521200)**

**Period: 01/01/00 - 07/31/16**

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | | Petition Date: 03/04/14 |
|---|---|---|---|
| Case Type: Assets | Judge: MICHAEL E. WILES | | 341a Meeting: 08/10/16   11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | | | | | | |
| | ASSET ANALYSIS AND RECOVERY | | brokers, compensation ,advertisement schedule and scope , transparency, sale procedures .40 | | | 0.00 |
| | ASSET DISPOSITION | 07/13/15 | rev ems to & fr attys re:offer made .25 | 0.25 | | 0.00 |
| | | 07/14/15 | rev 35-page final version of sale docs filed w Court along w 5 exhibits 1.60 | 1.60 | | 0.00 |
| | | 07/15/15 | rev notice of sale rec'd fr Court .15 | 0.15 | | 0.00 |
| | | 07/17/15 | e-ms re:floor plans for units .20 | 0.20 | | 0.00 |
| | | 07/23/15 | e-ms re:inspection and other offers .25 | 0.25 | | 0.00 |
| | LITIGATION | 07/27/15 | rev appeal scheduling order fr Judge .40 rev e-m fr JC to Peter A re:tee's legal position re:same .35 | 0.75 | | 0.00 |
| | FEE/EMPLOYMENT APPLICANTS | 07/28/15 | rev  and analyze objection filed by Hunts Point 1.00 | 1.00 | | 0.00 |
| | LITIGATION | 07/28/15 | rev 4 ltrs and docs sent to Judge Schofield By PeterA 1.00 | 1.00 | | 0.00 |
| | CASE ADMINISTRATION | 07/29/15 | (AMS) teleconf with J Campo regarding todays hearing and  Peter Alphas objection to sale. | 0.60 | | 0.00 |
| | | 07/29/15 | (AMS) Teleconf with J Campo and M Yaverbaum re: retention issues to address. | 0.50 | | 0.00 |
| | FEE/EMPLOYMENT APPLICANTS | 07/29/15 | rev all e-ms re:appeal hearing ,OSC, and retention apps 1.00 | 1.00 | | 0.00 |
| | ASSET DISPOSITION | 07/30/15 | rev response to objections filed  and in support of sale. 60 rev e-m fr PeterA re:same .10 | 0.70 | | 0.00 |
| | | 07/30/15 | rev e-ms to UST re: MYC retention .50 rev Muscat memo  in support of sale 1.00 rev PAs. nasty e-m re:Muscat.20 conf re:fwding PA's accusations to offeror .30 | 2.00 | | 0.00 |
| | FEE/EMPLOYMENT APPLICANTS | 07/30/15 | confs w AMS and JC re:confs w UST re:MYC retention .30 rev and approve modified retention application.70 | 1.00 | | 0.00 |
| | | 07/30/15 | rev transcript of responsible person hearing 1.00 | 1.00 | | 0.00 |
| | ASSET DISPOSITION | 08/04/15 | rev bidding procedures en route to court 1.00 Att at Court ;confs w attys present ,JC,BrettG. ,MYC, broker. .50 Att at hearing re:bidding procedures 1,50 confs afterward w JC,attys for bidders, atys for Hunt's point ,BrettG. and MYC re:modified terms agreed to in Court 1.00 | 4.00 | | 0.00 |
| | ACCOUNTING/AUDITING | 08/05/15 | Receive, review, endorse and deposit $38,627.13 check from Hunts Point Terminal Produce Cooperative Association, Inc. re: Debtor's share of a judgment obtained by Hunts Point on behalf of its members against the Hudson | 0.30 | | 0.00 |

Printed: 08/01/16 04:49 PM

Page: 9

# Time Sheet Report

**Trustee: JOHN S. PEREIRA (521200)**

**Period: 01/01/00 - 07/31/16**

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | | Petition Date: 03/04/14 |
| --- | --- | --- | --- |
| Case Type: Assets | Judge: | | 341a Meeting: 08/10/16  11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| JOHN S. PEREIRA, TRUSTEE | ACCOUNTING/AUDITING | | River Shipyard Associates | | | |
| | ASSET DISPOSITION | 08/05/15 | rev appellate order fr Judge Schonfeld .50 | 0.50 | | 0.00 |
| | CASE ADMINISTRATION | 08/05/15 | rev e-ms and invoices rec'd fr A. ..20 answer e-m re:same .10 | 0.30 | | 0.00 |
| | ASSET ANALYSIS AND RECOVERY | 08/06/15 | Review email from RDelpino re amendment to sale, assumption & assignment agreement; review, execute and email executed signature page to RDelpino. | 0.65 | | 0.00 |
| | CASE ADMINISTRATION | 08/06/15 | rev affidavit, transcripts and exhibits sent by Alphas to Court 2.00 | 2.00 | | 0.00 |
| | LITIGATION | 08/06/15 | rev brief filed 1.5 rev e-mail and attachments fr Alphas .50 rev all e -ms and respond to same .50 rev .execute and send back amendment to sale agreement .50 | 3.00 | | 0.00 |
| | CASE ADMINISTRATION | 08/08/15 | e-m  fr A. re:creditor "lies" .10 | 0.10 | | 0.00 |
| | LITIGATION | 08/08/15 | rev amended schedules .50 | 0.50 | | 0.00 |
| | | 08/11/15 | rev ltr to Judge Schonfeld fr A. ;rev history of BIC (continuous) 1.40 | 1.40 | | 0.00 |
| | CASE ADMINISTRATION | 08/12/15 | analyze limited objection of Hunts Point MKT and compare with order entered approving bidding procedures 1.50 | 1.50 | | 0.00 |
| | ACCOUNTING/AUDITING | 08/25/15 | Receipt, review and initial monthly bank statement  and reconcile Form 2 with bank statement. | 0.30 | | 0.00 |
| | ASSET DISPOSITION | 09/01/15 | conf w/ JC re:other offers, approval by Board, Alphas' non-cooperation .50 t/c w MYC re:new bidders, offers ,financial data ,deposit cks .50 | 1.00 | | 0.00 |
| | CASE ADMINISTRATION | 09/01/15 | rev all e-mails fr and about Alphas for last week re:bids ,value ,his non-appearances 1.00 | 1.00 | | 0.00 |
| | ASSET DISPOSITION | 09/02/15 | Receive and review Katzman's third proposal | 0.40 | | 0.00 |
| | | 09/04/15 | rev AMS memo re:conf w Brett N. .25 office and T/c w re:other offers for leases .35 | 0.60 | | 0.00 |
| | CASE ADMINISTRATION | 09/08/15 | rev OSC,affid.and exhibits and 10 page "response" of Peter Alphas (continuous) 2.50 | 2.50 | | 0.00 |
| | | 09/08/15 | Receive and review dropbox link to bid proposal from fres. co. | 0.40 | | 0.00 |
| | | 09/08/15 | Emails to and from AMS and MY re: qualifying bid amount | 0.30 | | 0.00 |
| | ACCOUNTING/AUDITING | 09/09/15 | Receive, review, endorse and deposit $90,000 official check from S.Katzman Produce, Inc. (Designated as Bidder No. 2) re good faith deposit for the sale of the Units | 0.30 | | 0.00 |
| | CASE ADMINISTRATION | 09/09/15 | rev ltr OSC fr Alphas;rev response by JC 1.00 | 3.00 | | 0.00 |

# Time Sheet Report

### Trustee: JOHN S. PEREIRA (521200)

### Period: 01/01/00 - 07/31/16

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | | Petition Date: 03/04/14 |
|---|---|---|---|
| Case Type: Assets | Judge: MICHAEL E. WILES | | 341a Meeting: 08/10/16  11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | CASE ADMINISTRATION | | att at Court re:ltr OSC confs w Jc and atty for creditor ;OSc denied 1.00 conf w JC afterwards re:offers,,terms,hearing dates; conf w LV re:escrow a/cs 1.00 | | | 0.00 |
| | CLAIMS ADMINISTRATION AND OBJECTIONS | 09/10/15 | rev and answer creditor inquiry .30 | 0.30 | | 0.00 |
| | ACCOUNTING/AUDITING | 09/11/15 | Receive, review, endorse and deposit $90,000 official check (ck #004289) from C and J Brothers, Inc. (Designated as Bidder No. 3) re good faith deposit for the sale of the Units | 0.30 | | 0.00 |
| | | 09/11/15 | Receive, review, endorse and deposit $90,000 offical check (ck #004287) from Fres Co LLC (Designated as Bidder No. 4) re good faith deposit for the sale of the Units | 0.30 | | 0.00 |
| | CASE ADMINISTRATION | 09/15/15 | Rev ,execute and ret waiver of bank fees re:sale deposit .25 | 0.25 | | 0.00 |
| | ACCOUNTING/AUDITING | 09/18/15 | Receipt, review and initial monthly bank statement and reconcile Form 2 with bank statement. | 0.30 | | 0.00 |
| | CASE ADMINISTRATION | 09/24/15 | Emails to and from AMS, JSP and Brett Nizzo re: the 2 bidders approved by the board | 0.40 | | 0.00 |
| | ASSET DISPOSITION | 09/25/15 | rev objection filed by Hunts Point 1.00 rev new accusation fr A. re:"Fix". .40 | 1.40 | | 0.00 |
| | | 09/28/15 | send 2 e-ms re:mtgs w attys and MYC .30 | 0.30 | | 0.00 |
| | | 09/30/15 | rev objections to sale 1.00 conf call w AMS,JC, BG, RD,and MY re:sale tomorrow 3.00 | 4.00 | | 0.00 |
| | | 09/30/15 | rev docs and plans sent .50 conf w MYC re:same .50 | 1.00 | | 0.00 |
| | CASE ADMINISTRATION | 09/30/15 | Teleconf w AMS, JSP and Brett Goodman in preparation of sale | 0.50 | | 0.00 |
| | ASSET DISPOSITION | 10/01/15 | att at auction sale; confs w attys and bidders present ;2.8M top bid rec'd. 2.50 | 2.50 | | 0.00 |
| | | 10/02/15 | Att at Court- confirmation of sale hearing ;testify re:reasons to confirm;confs w all present; sale confirmed (continuous) 2.00 | 2.00 | | 0.00 |
| | | 10/02/15 | rev draft of sale order and compare w black-lined copy and e-ms fr Brett re:changes 1.50 | 1.50 | | 0.00 |
| | | 10/05/15 | rev and approve report of sale 1.00 rev and analyze 3 ltrs fr atty for Union re:their claim 1.00 | 2.00 | | 0.00 |
| | | 10/06/15 | rev memo fr MYC re:filing report of sale .25 | 0.25 | | 0.00 |
| | CLAIMS | 10/09/15 | e-m fr A. re:claims of parents'alleged loans  and sheet re:same .25 | 0.25 | | 0.00 |

Printed: 08/01/16 04:49 PM                                                                 Page: 11

# Time Sheet Report

**Trustee: JOHN S. PEREIRA (521200)**

**Period: 01/01/00 - 07/31/16**

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | Petition Date: 03/04/14 |
|---|---|---|
| Case Type: Assets | Judge: MICHAEL E. WILES | 341a Meeting: 08/10/16 11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | ADMINISTRATION AND OBJECTIONS | 10/10/15 | answer e-m frPA.;rev his response .20 | 0.20 | | 0.00 |
| | ACCOUNTING/AUDITING | 10/13/15 | Receipt, review and initial monthly bank statement and reconcile Form 2 with bank statement. | 0.30 | | 0.00 |
| | ASSET DISPOSITION | 10/13/15 | Review sale motion and order approving sale .15 draw check to return good faith deposit to unsuccessful bidder Fres Co., LLC .20 dictate letter to Fres Co.'s attorney re same .30 | 0.65 | | 0.00 |
| | | 10/13/15 | rev e-ms re;issuance of check;approve same .25 | 0.25 | | 0.00 |
| | | 10/16/15 | rev e-m fr MYC and inventory of equipment needing titles .30 rev e-m to A. re:same .10 | 0.40 | | 0.00 |
| | | 10/19/15 | rev -e-ms to & fr PA. re;titles .30 rev amended report of sale w changes fr attys .50 | 0.80 | | 0.00 |
| | CASE ADMINISTRATION | 10/20/15 | rev all e-ms re;union, claims and mtgs 1.00 | 1.00 | | 0.00 |
| | CLAIMS | 10/20/15 | rev 5 e-ms re;union claims and conf re:same .50 | 0.50 | | 0.00 |
| | ADMINISTRATION AND OBJECTIONS ASSET DISPOSITION | 10/21/15 | rev and approve filing of amended report of sale w exhibits 1.50 | 1.50 | | 0.00 |
| | | 10/22/15 | rev filing confirmation .10 | 0.10 | | 0.00 |
| | ACCOUNTING/AUDITING | 11/13/15 | Receipt, review and initial monthly bank statement and reconcile Form 2 with bank statement. | 0.30 | | 0.00 |
| | LITIGATION | 11/23/15 | confs w JC re:Dist Ct. action, settlement discussions w NEW Alphas atty; actions pending and proposed and my response to them 1.00 | 1.00 | | 0.00 |
| | CLAIMS | 12/01/15 | (LVM) telephone call from Andrew Squire inquiring about the claims bar date and timeliness of his proof of claim | 0.10 | | 0.00 |
| | ADMINISTRATION AND OBJECTIONS ACCOUNTING/AUDITING | 12/21/15 | Receipt, review and initial monthly bank statement and reconcile Form 2 with bank statement. | 0.30 | | 0.00 |
| | CLAIMS | 12/28/15 | rev 4th verified amended complaint 3.50 e-m to JC re:falsity of PA. loan claim as attested to by Par.56 wherein he states he invested $1.5M in debtor , rather then lent it to debtor .50 | 4.00 | | 0.00 |
| | ADMINISTRATION AND OBJECTIONS LITIGATION | 12/28/15 | rev and analyze Alphas' 4th amended complaint filed in district Court 3.00 | 3.00 | | 0.00 |
| | CLAIMS | 12/30/15 | rev memos re;parents'claims 1.00 | 2.00 | | 0.00 |

Printed: 08/01/16 04:49 PM

Page: 12

# Time Sheet Report

**Trustee: JOHN S. PEREIRA (521200)**

**Period: 01/01/00 - 07/31/16**

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | | Petition Date: 03/04/14 |
| Case Type: Assets | Judge: MICHAEL E. WILES | | 341a Meeting: 08/10/16   11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | ADMINISTRATION AND OBJECTIONS | | rev analysis of ways to compel approval by EDC and BIC rec'd fr T,S 1.00 | 1.50 | | 0.00 |
| | | 12/31/15 | rev all docs and memo re:alleged false claims filed by insiders 1.50 | 1.10 | | 0.00 |
| | | 12/31/15 | Approve demand ltr to BIC and EDC .10<br>rev analysis by T, S of parents' claim and proof of falsity of claim1.00 | 0.50 | | 0.00 |
| | CASE ADMINISTRATION | 01/04/16 | (AMS) Teleconf with J Campo regarding BIC resolution of issues so that certificate can be issued, and EDC's anticipated "rubberstamp" of approval expected to follow BIC approval. | | | 0.00 |
| | | 01/04/16 | rev and approve ltr to BIC and EDC .50<br>rev all e-ms re:closing and approvals needed to close .50 | 1.00 | | 0.00 |
| | | 01/07/16 | Review file; update status of sale and scheduling of Closing. | 0.40 | | 0.00 |
| | CLAIMS | 01/08/16 | rev draft of objection to parents';claim 1.00<br>rev comments re:same .20 | 1.20 | | 0.00 |
| | ADMINISTRATION AND OBJECTIONS | | | | | |
| | ASSET DISPOSITION | 01/12/16 | rev and approve ltr to BIC and EDC  re:approvals and closing of sale after consultations w JC re:same 1.00 | 1.00 | | 0.00 |
| | | 01/12/16 | approve ltr sent to BIC and EDC .40<br>rev response rec'd by JC and request fr EDC  to Buyer for info .20 | 0.60 | | 0.00 |
| | | 01/13/16 | confs w JC and AMS  re: atty malpractice litigation, objections to claims, Title 18 referrals, closing of sale 1.00<br>rev e-ms re:sale ,approvals and closing;send e-ms re:same requesting info fr buyer's atty .50 | 1.50 | | 0.00 |
| | | 01/13/16 | rev memo fr JC to buyer's atty re:date app for approval was given to EDC and duties if not approved w/i 30 days .50 | 0.50 | | 0.00 |
| | ACCOUNTING/AUDITING | 01/14/16 | Receipt, review and initial monthly bank statement  and reconcile Form 2 with bank statement. | 0.30 | | 0.00 |
| | ASSET DISPOSITION | 01/20/16 | e-ms to buyer re :date of application for approval and e-m fr JC re:same .25 | 0.25 | | 0.00 |
| | | 01/25/16 | rev approval ltr fr BIC and e-m fr JC re:same .25 | 0.25 | | 0.00 |
| | CASE ADMINISTRATION | 01/25/16 | (AMS) Receive and review letter from J Campo, enclosing letter from BIC expressing approval of the buyers to operate. | 0.30 | | 0.00 |
| | ASSET DISPOSITION | 01/26/16 | prepare and finalize trustee's interim report ;file same w UST 2.00 | 2.00 | | 0.00 |
| | LITIGATION | 01/28/16 | rev order confirming sale and closing case .30<br>rev n.m and app to allow claim 1.00 | 1.30 | | 0.00 |
| | CLAIMS | 01/29/16 | rev obj to claim filing .10 | 0.10 | | 0.00 |

# Time Sheet Report

**Trustee: JOHN S. PEREIRA (521200)**

**Period: 01/01/00 - 07/31/16**

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | Petition Date: 03/04/14 |
| Case Type: Assets | Judge: MICHAEL E. WILES | 341a Meeting: 08/10/16    11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | ADMINISTRATION AND OBJECTIONS | | | | | 0.00 |
| | ASSET DISPOSITION | 02/01/16 | rev memo to attys fr JC re:additional docs needed by EDC to approve sale .40 | 0.40 | | 0.00 |
| | | 02/03/16 | e-m fr:JC for buyer to acknowledge approval rec'd. fr EDC .20 | 0.20 | | 0.00 |
| | CASE ADMINISTRATION | 02/03/16 | Conf with AMS and JC to discuss closing, objections to claim of debtor's parents, debtor's proof of claim, plans to close case. | 1.00 | | 0.00 |
| | | 02/03/16 | Research and discuss with AMS PACA trust set out in 7 U.S. Code Section 499e. | 1.00 | | 0.00 |
| | CLAIMS ADMINISTRATION AND OBJECTIONS | 02/04/16 | rev PACA statute w AMS re:trust when transaction bet coop member and coop association 2.00 | 2.00 | | 0.00 |
| | CASE ADMINISTRATION | 02/09/16 | (AMS) Teleconf with J Campo regarding closing to be held Thursday, February 11, 2016 | 0.40 | | 0.00 |
| | CLAIMS ADMINISTRATION AND OBJECTIONS | 02/09/16 | rev and analyze lt re Paca re:claims filed and supporting docs requested .50 | 0.50 | | 0.00 |
| | ASSET DISPOSITION | 02/09/16 | rev ltr fr A. re;disputed claims and ltr fr USDA to JC re:same .50 | 0.50 | | 0.00 |
| | | 02/10/16 | Review letter from USDA to Alphas .25 | 0.25 | | 0.00 |
| | CASE ADMINISTRATION | 02/10/16 | Receive, review and respond via e mail to J Campo as to letters from USDA regarding PACA proofs of claim. | 0.40 | | 0.00 |
| | ASSET DISPOSITION | 02/11/16 | Review all e-mails re: access for higher offers .50 teleconf with MYaverbaum and AMS re: OSC if obstructive actions continue .50 | 1.00 | | 0.00 |
| | CASE ADMINISTRATION | 02/11/16 | Review and execute closing docs; issue and sign checks to title company. | 1.00 | | 0.00 |
| | | 02/11/16 | E mails from and to R Delpino re: balance of purchase price and break up fee. | 0.40 | | 0.00 |
| | ACCOUNTING/AUDITING | 02/12/16 | Receive, review, endorse and deposit $25,500 cashier's check from S.Katzman Produce Inc. as payment of Break-Up Fee in purchase of Units. | 0.30 | | 0.00 |
| | | 02/12/16 | Receive, review, endorse and deposit $2,494,500 cashier's check from S. Katzman Produce Inc. re balance purchase price less Break Up Fee for purchase of Units. | 0.30 | | 0.00 |
| | ASSET DISPOSITION | 02/12/16 | Rev and execute all documents necessary for closing; review all e-mails re: closing; return all documents to attorneys  2.00 | 2.00 | | 0.00 |
| | CASE ADMINISTRATION | 02/12/16 | E mails from and to Brett Goodman re: return of break-up fee and deposit to stalking horse bidder's attorney. | 0.40 | | 0.00 |
| | ASSET DISPOSITION | 02/16/16 | Draw check to Muscat Produce for return of stalking horse bid and break-up | 0.50 | | 0.00 |

# Time Sheet Report

### Trustee: JOHN S. PEREIRA  (521200)

### Period: 01/01/00 - 07/31/16

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | | Petition Date: 03/04/14 |
|---|---|---|---|
| Case Type: Assets | Judge: | MICHAEL E. WILES | 341a Meeting: 08/10/16    11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | | | | | | |
| | ASSET DISPOSITION | | fee; dictate letter re same. | | | 0.00 |
| | | 02/16/16 | Draw check to C and J Brothers Inc. for return of good faith deposit for purchase of Units; dictate letter re same. | 0.50 | | 0.00 |
| | CLAIMS ADMINISTRATION AND OBJECTIONS | 02/16/16 | Review 22 page objection with exhibits re: allegedly false claim filed by insiders; begin draft of referral letter; teleconf with JCampo re: same (continuous) 1.50 | 1.50 | | 0.00 |
| | | 02/18/16 | rev analsis fr T.S proving falsity of parents' claim  and docs and records in support 1.00 conf w AMS  re:referral .25 | 1.25 | | 0.00 |
| | ACCOUNTING/AUDITING | 02/19/16 | Receipt, review and initial monthly bank statement and reconcile Form 2 with bank statement. | 0.30 | | 0.00 |
| | ASSET DISPOSITION | 02/22/16 | rev memo and docs fr MYC re:remaining M&E ,cost to repair and recommendation re:same .50 | 0.50 | | 0.00 |
| | CLAIMS ADMINISTRATION AND OBJECTIONS | 02/24/16 | rev memos re:false claims and indictments and pleas re:same ,discuss w attys and AMS .50 | 0.50 | | 0.00 |
| | CASE ADMINISTRATION | 02/25/16 | rev attys' instructions repayment of secured claim .30 draw, execute and send check to pay secured claim of Vinik .30 | 0.60 | | 0.00 |
| | CLAIMS ADMINISTRATION AND OBJECTIONS | 02/25/16 | rev, analyze and prepare draft of response to answer fr parents of Alphas,admitting that claim was fraudulent 1.50 | 1.50 | | 0.00 |
| | | 02/25/16 | prepare and execute ck re:secured creditor .40 | 0.40 | | 0.00 |
| | | 02/25/16 | analyze response filed by parents , falsity of assertions  and next steps to be taken  1.25 | 1.25 | | 0.00 |
| | | 02/29/16 | rev draft response fr JC; send e-m confirming filing of same | 1.00 | | 0.00 |
| | | 02/29/16 | rev and approve final response and approve filing same 1.00 | 1.00 | | 0.00 |
| | | 03/01/16 | rev reply to answer fr parents of principal  1.00 | 1.00 | | 0.00 |
| | ASSET DISPOSITION | 03/02/16 | rev e-ms re:removal of M&E @ Mkt; .25 t/c w MY re: his conf w mgr of Mkt and abhandonment of M&E and  ltr to JC and him confirming same .50 | 0.75 | | 0.00 |
| | | 03/02/16 | memo fr MYC re:M&E interest by Buyer .30 | 0.30 | | 0.00 |
| | LITIGATION | 03/02/16 | rev e-ms fr PeterA  & memos of law fr Hunts Pt. and Shapiro as defndnts to dismiss suit by PeterA 2.50 | 2.50 | | 0.00 |

# Time Sheet Report

**Trustee: JOHN S. PEREIRA  (521200)**

**Period: 01/01/00 - 07/31/16**

| Case No:  14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | | Petition Date: 03/04/14 | | |
|---|---|---|---|---|---|
| Case Type: Assets | Judge: | | 341a Meeting: 08/10/16    11:00 | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | ASSET DISPOSITION | 03/03/16 | rev and approve memo fr MYC and Brett re:buyer taking M&E .20 conf w MYC re:same .10 | 0.30 | | 0.00 |
| | CASE ADMINISTRATION | 03/03/16 | E mails from, to, and between M Yaverbaum and J Campo regarding equipment to be left to Katzman. | 0.40 | | 0.00 |
| | ASSET DISPOSITION | 03/07/16 | rev and approve agreement w HPM to abandon property remaining at HPM .30 | 0.30 | | 0.00 |
| | | 03/07/16 | ltr re:removal of M&E .25 | 0.25 | | 0.00 |
| | | 03/08/16 | rev and approve ltr to atty for buyer re:abandonment of personal property at Market to buyer and Mgr of Market .40 t/c w JC re:same .30 | 0.70 | | 0.00 |
| | ACCOUNTING/AUDITING | 03/17/16 | Receipt, review and initial monthly bank statement  and reconcile Form 2 with bank statement. | 0.30 | | 0.00 |
| | ASSET ANALYSIS AND RECOVERY | 03/30/16 | rev e-m fr Rey re:turnover of security deposit fr Hunts Pt. Market .25 | 0.25 | | 0.00 |
| | CASE ADMINISTRATION | 03/31/16 | begin draft of referral to UST ; rev POC and docs proving falsity of same 2.00 rev and finalize referral 1.00 | 3.00 | | 0.00 |
| | ACCOUNTING/AUDITING | 04/05/16 | Receive, review, endorse and deposit $6,432.75 check from Hunts Point Terminal Produce, Cooperative Association, Inc. re turnover of security deposit. | 0.30 | | 0.00 |
| | CASE ADMINISTRATION | 04/07/16 | rev and analyze affidavit fr notary public  re:  POC  filed by parents of principal 1.00 confs w attys re:use of info .50 | 1.50 | | 0.00 |
| | LITIGATION | 04/07/16 | rev affidavit filed by notary .40 conf w AMS re:referral to U.S.Attorney of my referral ltr re:possible Title 18 violations .60 | 1.00 | | 0.00 |
| | CASE ADMINISTRATION | 04/12/16 | prepare for obj to claim a/p; att at Court;confs w JC and BG ;confs w atty Silverstein; participate in settlement negotiations; omnibus settlement reached; put terms on record; approved by court at hearing held for same ;confs aw attys afterward (continuous)3.00 | 3.00 | | 0.00 |
| | | 04/12/16 | rev ck requesst fr JC .20 draw ck to Eagle produce and execute and mail same .30 | 0.50 | | 0.00 |
| | ACCOUNTING/AUDITING | 04/14/16 | Receipt, review and initial monthly bank statement  and reconcile Form 2 with bank statement. | 0.30 | | 0.00 |
| | CASE ADMINISTRATION | 05/03/16 | memo  to JC re:final repts  and fee apps .30 | 0.30 | | 0.00 |
| | CLAIMS ADMINISTRATION AND OBJECTIONS | 05/04/16 | rev and analyze transcripts of depositions taken of debtor and relatives 2.50 rev bills for service of subpoenas and transcripts .50 | 3.00 | | 0.00 |

Printed: 08/01/16 04:49 PM

# Time Sheet Report

**Trustee: JOHN S. PEREIRA (521200)**

**Period: 01/01/00 - 07/31/16**

Page: 16

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | | Petition Date: 03/04/14 |
| Case Type: Assets | Judge: MICHAEL E. WILES | | 341a Meeting: 08/10/16    11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | ACCOUNTING/AUDITING | 05/16/16 | Receipt, review and initial monthly bank statement and reconcile Form 2 with bank statement. | 0.30 | | 0.00 |
| | CASE ADMINISTRATION | 05/17/16 | Receive, review and issue check for invoice from DLS, Inc. re service of subpoenas upon AAlphas, SAlphas and PAlphas. | 0.30 | | 0.00 |
| | | 05/17/16 | Receive, review and issue check for invoice from Veritext re EBT transcripts of AAlphas, SAlphas, PAlphas and ACiolino. | 0.30 | | 0.00 |
| | CLAIMS | 05/17/16 | rev proposed settlement of claim of parents .50<br>rev and approve final version of stip and filing of same .50 | 1.00 | | 0.00 |
| | ADMINISTRATION AND OBJECTIONS | 05/18/16 | rev follow-up e-ms and invoices re:payments for transcripts .40<br>e-m confirming payment of same .10<br>draw cks to pay invoices .25 | 0.75 | | 0.00 |
| | | 05/24/16 | rev n/m ,app,order and notice in 1st objection to claims;compare w claims docket and correct docs 1.00 | 1.00 | | 0.00 |
| | | 05/24/16 | rev 2nd n/m objecting to claims proposed order , and notice ; compare w claims docket for accuracy; and correct errors in docs1.00 | 1.00 | | 0.00 |
| | | 05/25/16 | rev 3rd omnibus objection to claims ,order re;same and notice to creditors; compare w claims docket and make corrections to same ;rev all 3 n/ms re :claims and compare same for errors and typos (continuous) 2.00<br>t/c w Rey Delpino re: corrections and filing of all n/ms .25<br>e-m to JC and others re:filing ,return date and corrections .25 | 2.50 | | 0.00 |
| | | 05/25/16 | rev omnibus claims objections rec'd 1.50<br>e-m to attys re:corrections needed .25<br>t/c W Rey D. re:same and AMS' rev of same .25 | 2.00 | | 0.00 |
| | | 05/31/16 | conf w JC and AMS re:claims objections in Alphas, reduction of secured claim . possible objections ,referral to U.S. ttee and atty re:false claim filed 1.25 | 1.00 | | 0.00 |
| | CASE ADMINISTRATION | 06/07/16 | rev., correct, finalize and file ltr and docs to UST re:claim filed 2.00 | 2.00 | | 0.00 |
| | FEE/EMPLOYMENT APPLICANTS | 06/07/16 | rev amended app fr MYC ;rev amended retention papers ;1.00<br>ev e-ms re:mtg re:sale .10 | 1.10 | | 0.00 |
| | ACCOUNTING/AUDITING | 06/14/16 | Receipt, review and initial monthly bank statement and reconcile Form 2 with bank statement. | 0.30 | | 0.00 |
| | CLAIMS<br>ADMINISTRATION AND OBJECTIONS | 06/14/16 | rev ltr and POC filed by Bounty Fresh .40 | 0.40 | | 0.00 |

Printed: 08/01/16 04:49 PM

Page: 17

# Time Sheet Report

### Trustee: JOHN S. PEREIRA (521200)
### Period: 01/01/00 - 07/31/16

| Case No: 14-10510 | Case Name: THE ALPHAS COMPANY OF NEW YORK, INC | Petition Date: 03/04/14 |
|---|---|---|
| Case Type: Assets | Judge: MICHAEL E. WILES | 341a Meeting: 08/10/16   11:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| JOHN S. PEREIRA, TRUSTEE | CLAIMS ADMINISTRATION AND OBJECTIONS | 06/14/16 | e-m fr A re:POC; rev doc enclosed  w it .20 conf w Attys re:validity of claim .30 | 0.50 | | 0.00 |
| | | 06/23/16 | rev and analyze respons w exhibits filed by Plaza del Castillo to ttee's objection to their claim 1.50 | 1.50 | | 0.00 |
| | | 06/23/16 | rev and analyze response filed by Farmers Market LLC to ttee's objection to their claim 1.00 | 1.00 | | 0.00 |
| | CASE ADMINISTRATION | 07/05/16 | rev and analyze another a/p complaint filed by Peter Alphas 1.25 | 1.25 | | 0.00 |
| | | 07/05/16 | conf w Jc re:pa a/p complaint .50 e-ms to and fr AMS re:a/p .25 | 0.75 | | 0.00 |
| | CLAIMS ADMINISTRATION AND OBJECTIONS | 07/13/16 | t/c w JC and AMS re:hearing on claims objections .50 | 0.50 | | 0.00 |
| | ACCOUNTING/AUDITING | 07/14/16 | Receipt, review and initial monthly bank statement  and reconcile Form 2 with bank statement. | 0.30 | | 0.00 |
| | ASSET DISPOSITION | 07/21/16 | e-m fr A, accusing bidder of Russian Mafia membership; .15 confs w attys re:same .25 | 0.40 | | 0.00 |
| | CLAIMS ADMINISTRATION AND OBJECTIONS | 07/26/16 | rev:all claims, objections to claims,and Court orders and schedules re:objections 1.50 mark and update all filed claims and classification of claims 1.00 | 2.50 | | 0.00 |
| | | 07/26/16 | rev Hunt:sn point 160m claim re:to:ewer ;confs w AMS re:same ;e-m to JC re:same 1.00 | 1.00 | | 0.00 |
| | ASSET DISPOSITION | 07/29/16 | rev 12-page "limited "objection filed by Hunts Point  1.00 rev objection filed by PeterA 1.00 | 2.00 | | 0.00 |
| **Subtotal for Staff Name: JOHN S. PEREIRA, TRUSTEE** | | | | 279.75 | | $0.00 |
| **Total for Case: 14-10510** | | | | 279.75 | | $0.00 |
| **Total for Trustee: JOHN S. PEREIRA** | | | | 279.75 | | $0.00 |

| | **Grand Total:** | 279.75 | $0.00 |
|---|---|---|---|

# EXHIBIT B

# FORM 2'S

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 14-10510 MEW |
| Case Name: | THE ALPHAS COMPANY OF NEW YORK, INC |

| Taxpayer ID #: | **-***3952 |
| Period Ending: | 07/31/16 |

| Trustee: | JOHN S. PEREIRA (521200) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7666 - Escrow Account |
| Blanket Bond: | $81,410,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/09/15 | | Muscat Produce LLC | Deposit toward purchase of trustee's right, title and interest in and to stock at Hunts Point Assn. | 1180-000 | 85,000.00 | | 85,000.00 |
| 08/05/15 | {16} | Hunts Point Terminal Produce Cooperative Association, Inc. | Debtor's share of a judgment obtained by Hunts Point on behalf of its members against the Hudson River Shipyard Associates | 1229-000 | 38,627.13 | | 123,627.13 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 396.75 | 123,230.38 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 310.38 | 122,920.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 352.73 | 122,567.27 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.96 | 122,397.31 |
| 02/16/16 | 101 | MUSCAT PRODUCE LLC | RETURN OF DEPOSIT OF STALKING HORSE BIDDER | 1180-000 | -85,000.00 | | 37,397.31 |

|  | ACCOUNT TOTALS | | 38,627.13 | 1,229.82 | $37,397.31 |
|---|---|---|---|---|---|
|  | Less: Bank Transfers | | 0.00 | 0.00 | |
|  | Subtotal | | 38,627.13 | 1,229.82 | |
|  | Less: Payments to Debtors | | 0.00 | 0.00 | |
|  | NET Receipts / Disbursements | | $38,627.13 | $1,229.82 | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 14-10510 MEW | | Trustee: | JOHN S. PEREIRA (521200) |
| Case Name: | THE ALPHAS COMPANY OF NEW YORK, INC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7667 – Escrow-Good Faith Deposit |
| Taxpayer ID #: | **-***3952 | | Blanket Bond: | $81,410,000.00  (per case limit) |
| Period Ending: | 07/31/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/09/15 | {1} | S. Katzman Produce, Inc. | Good Faith Deposit for the sale of the Units (Bidder No. 2) | 1210-000 | 90,000.00 | | 90,000.00 |
| 09/11/15 | | C and J Brothers, Inc. | Good faith deposit for the sale of the Units (Bidder No. 3) | 1180-000 | 90,000.00 | | 180,000.00 |
| 09/11/15 | | Fres Co LLC | Good faith deposit for the sale of the Units (Bidder No. 4) | 1180-000 | 90,000.00 | | 270,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 275,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 280,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 285,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 290,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 295,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 300,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 305,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 310,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 315,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 320,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 325,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 330,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 335,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 340,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 345,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 350,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 355,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 360,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 365,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 370,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 375,000.00 |
| | | | | Subtotals : | $375,000.00 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 14-10510 MEW | Trustee: | JOHN S. PEREIRA (521200) |
|---|---|---|---|
| Case Name: | THE ALPHAS COMPANY OF NEW YORK, INC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******7667 - Escrow-Good Faith Deposit |
| Taxpayer ID #: | **-***3952 | Blanket Bond: | $81,410,000.00 (per case limit) |
| Period Ending: | 07/31/16 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 380,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 385,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 390,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 395,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 400,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 405,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 410,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 415,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 420,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 425,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 430,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 435,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 440,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 445,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 450,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 455,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1210-000 | 5,000.00 | | 460,000.00 |
| 10/13/15 | 101 | FRES CO LLC | RETURN OF GOOD FAITH DEPOSIT FOR THE SALE OF THE UNITS | 1180-000 | -90,000.00 | | 370,000.00 |
| 02/10/16 | 102 | HUNTS POINT TERMINAL PRODUCE COOPERATIVE ASSOCIATION, INC. | PAYMENT OF HUNTS POINT CURE CLAIM PURSUANT TO AMENDMENT TO SETTLEMENT AGREEMENT | 7100-000 | | 40,000.00 | 330,000.00 |
| 02/11/16 | 103 | FIRST AMERICAN TITLE INSURANCE COMPNAY | PAYMENT OF THE RPT, TP-584 TRANSFER TAXES AND FILING FEE | 2500-000 | | 73,600.00 | 256,400.00 |
| 02/11/16 | 104 | FIRST AMERICAN TITLE INSURANCE COMPANY NATIONAL | PAYMENT FOR SERVICE FEES | 2500-000 | | 125.00 | 256,275.00 |
| | | | | Subtotals : | $-5,000.00 | $113,725.00 | |

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-10510 MEW
**Case Name:** THE ALPHAS COMPANY OF NEW YORK, INC

**Taxpayer ID #:** **-***3952
**Period Ending:** 07/31/16

**Trustee:** JOHN S. PEREIRA (521200)
**Bank Name:** Rabobank, N.A.
**Account:** ******7667 - Escrow-Good Faith Deposit
**Blanket Bond:** $81,410,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/16 | {1} | S. Katzman Produce Inc. | Payment of Break-Up Fee in purchase of Units | 1210-000 | 25,500.00 | | 281,775.00 |
| 02/16/16 | 105 | MUSCAT PRODUCE LLC | PAYMENT OF BREAK-UP FEE | 2500-000 | | 25,500.00 | 256,275.00 |
| 02/16/16 | 106 | C AND J BROTHERS, INC. | RETURN OF GOOD FAITH DEPOSIT FOR THE SALE OF THE UNITS | 1180-000 | -90,000.00 | | 166,275.00 |
| 04/25/16 | | To Account #******7668 | TRANSFER OF FUNDS | 9999-000 | | 166,275.00 | 0.00 |

|  |  |  | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT TOTALS | | | | | 305,500.00 | 305,500.00 | $0.00 |
| Less: Bank Transfers | | | | | 0.00 | 166,275.00 | |
| Subtotal | | | | | 305,500.00 | 139,225.00 | |
| Less: Payments to Debtors | | | | | | 0.00 | |
| NET Receipts / Disbursements | | | | | $305,500.00 | $139,225.00 | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 14-10510 MEW | | Trustee: | JOHN S. PEREIRA (521200) |
| Case Name: | THE ALPHAS COMPANY OF NEW YORK, INC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7668 – Checking Account |
| Taxpayer ID #: | **-***3952 | | Blanket Bond: | $81,410,000.00  (per case limit) |
| Period Ending: | 07/31/16 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/16 | {1} | S. Katzman Produce Inc. | Balance purchase price less Break Up Fee for purchase of Units. | 1210-000 | 2,494,500.00 | | 2,494,500.00 |
| 02/24/16 | 101 | GOLDBERG WEPRIN FINKEL GOLDSTEIN AS ATTORNEYS FOR ERIC VINIK | PAYMENT IN FULL ON SECURED CLAIM | 4220-000 | | 250,000.00 | 2,244,500.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,422.62 | 2,243,077.38 |
| 03/18/16 | 102 | VERITEXT | INVOICE #: NY2445655 / JOB #: 2149115 / TRANSCRIPT OF SALE AUCTION | 2990-000 | | 250.45 | 2,242,826.93 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,155.73 | 2,239,671.20 |
| 04/05/16 | {21} | Hunts Point Terminal Produce | Turnover of security deposit. | 1229-000 | 6,432.75 | | 2,246,103.95 |
| 04/13/16 | 103 | EAGLE PRODUCE LLC D/B/A MARTORI FARMS | PAYMENT IN FULL OF SECURED CLAIM | 4220-000 | | 195,796.79 | 2,050,307.16 |
| 04/25/16 | | From Account #******7667 | TRANSFER OF FUNDS | 9999-000 | 166,275.00 | | 2,216,582.16 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,773.22 | 2,213,808.94 |
| 05/17/16 | 104 | DLS, INC. | INVOICE NOS.: 351923 & 351922 / FOR SERVICE OF SUBPOENAS UPON ALEXANDRA ALPHAS, STEPHEN ALPHAS AND PETER ALPHAS | 2990-000 | | 570.00 | 2,213,238.94 |
| 05/17/16 | 105 | VERITEXT | INVOICE #: NY2604936 / JOB #: 2288249 / EBT TRANSCRIPTS OF A.ALPHAS, S.ALPHAS, P.ALPHAS AND A.CIOLINO | 2990-000 | | 1,736.40 | 2,211,502.54 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,773.22 | 2,208,729.32 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,155.73 | 2,205,573.59 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,773.22 | 2,202,800.37 |

Subtotals :     $2,667,207.75     $464,407.38

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 14-10510 MEW |
| Case Name: | THE ALPHAS COMPANY OF NEW YORK, INC |
| Taxpayer ID #: | **-***3952 |
| Period Ending: | 07/31/16 |

| Trustee: | JOHN S. PEREIRA (521200) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7668 – Checking Account |
| Blanket Bond: | $81,410,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 2,667,207.75 | 464,407.38 | $2,202,800.37 |
| | | | Less: Bank Transfers | | 166,275.00 | 0.00 | |
| | | | Subtotal | | 2,500,932.75 | 464,407.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,500,932.75 | $464,407.38 | |

Net Receipts :     2,845,059.88
Net Estate :     $2,845,059.88

| TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| Checking # ******7666 | | 38,627.13 | 1,229.82 | 37,397.31 |
| Checking # ******7667 | | 305,500.00 | 139,225.00 | 0.00 |
| Checking # ******7668 | | 2,500,932.75 | 464,407.38 | 2,202,800.37 |
| | | $2,845,059.88 | $604,862.20 | $2,240,197.68 |

# EXHIBIT C

# COMMISSIONS REQUESTED

| | |
|---|---|
| TOTAL GROSS RECEIPTS: | $2,845,059.88 |
| COMMISSIONS CALCULATED ON: | $2,845,059.88 |

| | |
|---|---|
| 25% OF FIRST $5,000 | $      1,250.00 |
| 10% OF NEXT $45,000 ($5,000-$50,000) | $      4,500.00 |
| 5% OF NEXT $950,000 ($50,000 - $1,000,000) | $    47,500.00 |
| 3% OF BALANCE | $    55,351.80 |

**TOTAL COMMISSIONS REQUESTED**          $      86,945.44
**80% of $108,601.80:**