# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: THE ALPHAS COMPANY OF NEW YORK, INC | § | Case No. 14-10510 (MEW) |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOHN S. PEREIRA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $104,000.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $1,308,254.30 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $1,536,805.58 | |

3) Total gross receipts of $ 2,845,059.88   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $2,845,059.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $534,000.00 | $669,502.10 | $548,120.97 | $548,120.97 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,644,739.86 | 1,536,805.58 | 1,536,805.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 12,277.00 | 47,381.24 | 10,476.07 | 10,476.07 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 4,185,588.00 | 6,919,430.37 | 2,220,007.94 | 749,657.26 |
| **TOTAL DISBURSEMENTS** | $4,731,865.00 | $9,281,053.57 | $4,315,410.56 | $2,845,059.88 |

4)  This case was originally filed under Chapter 7 on March 04, 2014. The case was pending for 43 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2018          By: /s/JOHN S. PEREIRA
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposit toward purchase of trustee's right, titl | 1180-000 | 85,000.00 |
| Good faith deposit for the sale of the Units (Bi | 1180-000 | 180,000.00 |
| RETURN OF DEPOSIT OF STALKING HORSE BIDDER | 1180-000 | -85,000.00 |
| RETURN OF GOOD FAITH DEPOSIT FOR THE SALE OF THE | 1180-000 | -180,000.00 |
| 223-225 hunts point produce market | 1110-000 | 2,800,000.00 |
| Judgment against Hudson River Shipyard Assoc. | 1249-000 | 38,627.13 |
| SECURITY DEPOSIT | 1229-000 | 6,432.75 |
| **TOTAL GROSS RECEIPTS** | | $2,845,059.88 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 4110-000 | N/A | 2,324.18 | 0.00 | 0.00 |
| 4S-2 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 4110-000 | N/A | 2,324.18 | 0.00 | 0.00 |
| 4S-3 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 4110-000 | N/A | 2,324.18 | 0.00 | 0.00 |
| 4S-4 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 4110-000 | N/A | 2,324.18 | 2,324.18 | 2,324.18 |
| 5 | DIMARE HOMESTEAD, INC. AND DIMARE RUSKIN, INC. | 4220-000 | N/A | 166,859.75 | 100,000.00 | 100,000.00 |
| 10 | EAGLE PRODUCE LLC D/B/A MARTORI FARMS | 4220-000 | N/A | 210,000.00 | 195,796.79 | 195,796.79 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | ERIC VINIK | 4220-000 | 200,000.00 | 250,000.00 | 250,000.00 | 250,000.00 |
| 13 | BOUNTY FRESH, LLC | 4110-000 | N/A | 33,345.63 | 0.00 | 0.00 |
| NOTFILED | Farmers Market LLC | 4220-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 61's Inc. | 4220-000 | 84,000.00 | N/A | N/A | 0.00 |

| **TOTAL SECURED CLAIMS** | | | $534,000.00 | $669,502.10 | $548,120.97 | $548,120.97 |
|---|---|---|---|---|---|---|

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - HUNTS POINT TERMINAL PRODUCE COOPERATIVE | 2410-000 | N/A | 160,434.28 | 52,500.00 | 52,500.00 |
| Trustee Compensation - JOHN S. PEREIRA | 2100-000 | N/A | 108,601.80 | 108,601.80 | 108,601.80 |
| Trustee Expenses - JOHN S. PEREIRA | 2200-000 | N/A | 246.73 | 246.73 | 246.73 |
| Other - UNITED STATES TREASURY | 2810-000 | N/A | 5,135.00 | 5,135.00 | 5,135.00 |
| Other - UNITED STATES TREASURY | 2810-000 | N/A | 2,795.00 | 2,795.00 | 2,795.00 |
| Other - UNITED STATES TREASURY | 2810-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - NEW YORK STATE CORPORATION TAX | 2820-000 | N/A | 60.00 | 60.00 | 60.00 |
| Other - NEW YORK STATE CORPORATION TAX | 2820-000 | N/A | 57.00 | 57.00 | 57.00 |
| Other - NYC DEPT OF FINANCE | 2820-000 | N/A | 1,945.00 | 1,945.00 | 1,945.00 |
| Other - NYC DEPT OF FINANCE | 2820-000 | N/A | 60.00 | 60.00 | 60.00 |
| Other - NYC DEPT OF FINANCE | 2820-000 | N/A | 57.00 | 57.00 | 57.00 |
| Other - NEW YORK STATE CORPORATION TAX | 2820-000 | N/A | 1,296.00 | 1,296.00 | 1,296.00 |
| Other - NYC DEPT OF FINANCE | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - NEW YORK STATE CORPORATION TAX | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - NEW YORK STATE CORPORATION TAX | 2820-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - NEW YORK STATE CORPORATION TAX | 2820-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - NEW YORK STATE CORPORATION TAX | 2820-000 | N/A | 250.00 | 250.00 | 250.00 |
| U.S. Trustee Quarterly Fees - U.S. TRUSTEE | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - TROUTMAN SANDERS LLP | 3210-000 | N/A | 932,217.50 | 932,217.50 | 932,217.50 |
| Other - AKERMAN LLP | 3210-000 | N/A | 75,449.50 | 75,449.50 | 75,449.50 |
| Other - TROUTMAN SANDERS LLP | 3220-000 | N/A | 14,040.93 | 14,040.93 | 14,040.93 |
| Other - AKERMAN LLP | 3220-000 | N/A | 415.23 | 415.23 | 415.23 |
| Other - LEONARD HARRIS, CPA | 3410-000 | N/A | 8,435.00 | 8,435.00 | 8,435.00 |
| Other - LEONARD HARRIS, CPA | 3420-000 | N/A | 29.90 | 29.90 | 29.90 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Other - MYC & ASSOCIATES, INC. | 3991-000 | N/A | 195,000.00 | 195,000.00 | 195,000.00 |
| Other - MYC & ASSOCIATES, INC. | 3992-000 | N/A | 5,110.08 | 5,110.08 | 5,110.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 396.75 | 396.75 | 396.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 310.38 | 310.38 | 310.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 352.73 | 352.73 | 352.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 169.96 | 169.96 | 169.96 |
| Other - FIRST AMERICAN TITLE INSURANCE COMPNAY | 2500-000 | N/A | 73,600.00 | 73,600.00 | 73,600.00 |
| Other - FIRST AMERICAN TITLE INSURANCE COMPANY NATIONAL | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |
| Other - MUSCAT PRODUCE LLC | 2500-000 | N/A | 25,500.00 | 25,500.00 | 25,500.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,422.62 | 1,422.62 | 1,422.62 |
| Other - VERITEXT | 2990-000 | N/A | 250.45 | 250.45 | 250.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 3,155.73 | 3,155.73 | 3,155.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,773.22 | 2,773.22 | 2,773.22 |
| Other - DLS, INC. | 2990-000 | N/A | 570.00 | 570.00 | 570.00 |
| Other - VERITEXT | 2990-000 | N/A | 1,736.40 | 1,736.40 | 1,736.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,773.22 | 2,773.22 | 2,773.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 3,155.73 | 3,155.73 | 3,155.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,773.22 | 2,773.22 | 2,773.22 |
| Other - JOHN S. PEREIRA | 2300-000 | N/A | 1,098.29 | 1,098.29 | 1,098.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 3,155.73 | 3,155.73 | 3,155.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,821.94 | 1,821.94 | 1,821.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,234.33 | 1,234.33 | 1,234.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,286.38 | 1,286.38 | 1,286.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 799.23 | 799.23 | 799.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 822.56 | 822.56 | 822.56 |
| Other - VERITEXT | 2990-000 | N/A | 400.08 | 400.08 | 400.08 |
| Other - J&J COURT TRANSCRIBERS, INC. | 2990-000 | N/A | 157.30 | 157.30 | 157.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 718.76 | 718.76 | 718.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 793.90 | 793.90 | 793.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,644,739.86** | **$1,536,805.58** | **$1,536,805.58** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 5800-000 | N/A | 12,277.89 | 0.00 | 0.00 |
| 4P-2 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 5800-000 | N/A | 12,277.89 | 0.00 | 0.00 |
| 4P-3 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 5800-000 | N/A | 12,277.89 | 0.00 | 0.00 |
| 4P-4 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 5800-000 | 12,277.00 | 10,372.44 | 10,372.44 | 10,372.44 |
| 6 | STATE OF NEW YORK – DEPARTMENT OF LABOR | 5800-000 | N/A | 71.50 | 0.00 | 0.00 |
| 6 -2 | STATE OF NEW YORK – DEPARTMENT OF LABOR | 5800-000 | N/A | 103.63 | 103.63 | 103.63 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $12,277.00 | $47,381.24 | $10,476.07 | $10,476.07 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | 7100-000 | 32,923.00 | 32,993.55 | 32,993.55 | 11,141.34 |
| 2 | UNITED TEAMSTER FUND | 7100-000 | N/A | 1,209,419.35 | 0.00 | 0.00 |
| 2 -2 | UNITED TEAMSTER FUND | 7100-000 | 1,209,419.00 | 1,209,419.35 | 1,209,419.35 | 408,399.43 |
| 3 | UNITED TEAMSTER PENSION FUND | 7100-000 | N/A | 1,209,419.35 | 0.00 | 0.00 |
| 4U | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 7100-000 | N/A | 2,798.44 | 0.00 | 0.00 |
| 4U-2 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 7100-000 | N/A | 2,798.44 | 0.00 | 0.00 |
| 4U-3 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 7100-000 | N/A | 2,798.44 | 0.00 | 0.00 |
| 4U-4 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 7100-000 | N/A | 3,230.94 | 3,230.94 | 1,091.03 |
| 7 | DEAN TUCKER FARMS PRODUCE, INC. | 7100-000 | 76,100.00 | 76,108.89 | 76,108.89 | 25,700.62 |
| 8 | AMCO PRODUCE, INC. | 7100-000 | 71,200.00 | 71,233.70 | 71,233.70 | 24,054.36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | SIX L'S PACKING CO., INC. | 7100-000 | N/A | 49,498.20 | 49,498.20 | 16,714.66 |
| 12 | 1068409 ONTARIO LIMITED I | 7100-000 | N/A | 95,871.00 | 95,871.00 | 32,373.93 |
| 13 -2 | BOUNTY FRESH, LLC | 7100-000 | 33,345.00 | 19,220.13 | 19,220.13 | 6,490.30 |
| 14 | BIG RED TOMATO PACKERS, LLC | 7100-000 | 28,100.00 | 28,189.00 | 28,189.00 | 9,518.92 |
| 15 | SOUTHERN CORPORATE PACKERS, INC. | 7100-000 | N/A | 34,055.26 | 34,055.26 | 11,499.86 |
| 16 | SOUTHERN CORPORATE PACKERS | 7100-000 | N/A | 37,765.15 | 0.00 | 0.00 |
| 17 | KEITH BURTON FARM LLC | 7100-000 | 10,231.00 | 10,231.20 | 10,231.20 | 3,454.89 |
| 18 | ROMAN PRODUCE, INC. | 7100-000 | 24,428.00 | 25,428.00 | 18,000.00 | 6,078.28 |
| 19 | MEDAGLIA & CO. ACCOUNTING | 7100-000 | 13,380.00 | 13,380.00 | 13,380.00 | 4,518.19 |
| 20 | FARMERS' MARKET LLC | 7100-000 | N/A | 254,785.00 | 254,785.00 | 86,036.37 |
| 21 | WAUDWARE INCORPORATED | 7100-000 | N/A | 11,450.56 | 11,450.56 | 3,866.65 |
| 22 | GREG BLATT | 7100-000 | 40,000.00 | 40,000.00 | 40,000.00 | 13,507.29 |
| 23 | STEPHEN & ALEXANDRA ALPHAS | 7100-000 | 600,000.00 | 600,000.00 | 150,000.00 | 50,652.34 |
| 24 | AMCO PRODUCE, INC. | 7100-000 | N/A | 111,113.17 | 0.00 | 0.00 |
| 25 | SIX L'S PACKING CO., INC. | 7100-000 | N/A | 77,194.14 | 0.00 | 0.00 |
| 26 | PETER ALPHAS | 7100-000 | 1,444,112.00 | 1,444,112.00 | 0.00 | 0.00 |
| 28 | THE LAW OFFICES OF JOHN WESLEY VERAJA PLLC | 7100-000 | N/A | 19,341.16 | 19,341.16 | 6,531.17 |
| 29 | ANDREW SQUIRE | 7100-000 | 32,425.00 | 32,425.95 | 8,000.00 | 2,701.46 |
| 30 | PLAZA DEL CASTILLO DEV CORP | 7100-000 | 155,150.00 | 155,150.00 | 35,000.00 | 11,818.88 |
| 31 | OROFRUIT, LLC | 7100-000 | N/A | 40,000.00 | 40,000.00 | 13,507.29 |
| NOTFILED | Marton Farms | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | John Wesley Veraja PLLC | 7100-000 | 19,341.00 | N/A | N/A | 0.00 |
| NOTFILED | Hunts Point Terminal Produce Cooperative | 7100-000 | 160,434.00 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Produce LLC | 7100-000 | 210,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $4,185,588.00 | $6,919,430.37 | $2,220,007.94 | $749,657.26 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-10510 (MEW)

**Case Name:** THE ALPHAS COMPANY OF NEW YORK, INC

**Period Ending:** 01/09/18

**Trustee:** (521200) JOHN S. PEREIRA

**Filed (f) or Converted (c):** 06/05/14 (c)

**§341(a) Meeting Date:** 07/02/14

**Claims Bar Date:** 04/10/15

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 223-225 hunts point produce market    Orig. Asset Memo: shareholder in Hunts Pont Coop Assn | 3,000,000.00 | 0.00 | | 2,800,000.00 | FA |
| 2 | VOID    Orig. Asset Memo: desks, cash safes, file cabinets, video equipment, phones [Amended - Doc. #131] | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | office furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Potential Malpractice Claim-McCormic and Obrien  (u)    Rico Action | Unknown | 0.00 | | 0.00 | FA |
| 5 | Breach of contract Luna Brothers  (u) | Unknown | 0.00 | | 0.00 | FA |
| 6 | Other claims - RICO  (u) | Unknown | 0.00 | | 0.00 | FA |
| 7 | Malpractice - Kaufman  (u)    failure to service notice to cure | Unknown | 0.00 | | 0.00 | FA |
| 8 | Claim against the Marshall  (u)    for improper service | Unknown | 0.00 | | 0.00 | FA |
| 9 | Federal Civil Rights Action against City of NY  (u)    for failure to take action to stop harassment | Unknown | 0.00 | | 0.00 | FA |
| 10 | Machinery - 7 Power Jacks | 35,000.00 | 0.00 | | 0.00 | FA |
| 11 | Machinery - 2 Fork Lifts  (u) | 16,000.00 | 0.00 | | 0.00 | FA |
| 12 | Machinery - Ice Machine  (u) | 10,000.00 | 0.00 | | 0.00 | FA |
| 13 | Machinery - 4 Storage Trailers  (u) | 20,000.00 | 0.00 | | 0.00 | FA |
| 14 | Machinery - 3 safes  (u) | 6,000.00 | 0.00 | | 0.00 | FA |
| 15 | Machinery - 10 battery chargers  (u) | 10,000.00 | 0.00 | | 0.00 | FA |
| 16 | Judgment against Hudson River Shipyard Assoc.  (u)    Orig. Asset Memo: Debtor's share of a judgment obtained by Hunts Point on behalf of its members against the Hudson River Shipyard Associates | 0.00 | 0.00 | | 38,627.13 | FA |
| 17 | VOID  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | VOID  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | VOID  (u) | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-10510 (MEW) | **Trustee:** (521200) JOHN S. PEREIRA |
| **Case Name:** THE ALPHAS COMPANY OF NEW YORK, INC | **Filed (f) or Converted (c):** 06/05/14 (c) |
| | **§341(a) Meeting Date:** 07/02/14 |
| **Period Ending:** 01/09/18 | **Claims Bar Date:** 04/10/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | SECURITY DEPOSIT (u) | 6,432.75 | 0.00 | | 6,432.75 | FA |
| **21** | **Assets** Totals (Excluding unknown values) | **$3,110,432.75** | **$0.00** | | **$2,845,059.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

10-15-14 Hearing on motion to designate principal.

3/2/16 Hearing on objection to claim filed by debtor's parents

Debtor's shares in Hunts Poinr Market Cooperative  marketed and  sold by trustee.    Awaiting certificate from BIC and EDC so that Closing can be held.  Closing held. Interim Report filed and interim distribution made.  Final claims issues to be heard at Court.

**Initial Projected Date Of Final Report (TFR):**    October 31, 2016        **Current Projected Date Of Final Report (TFR):**    April 13, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-10510 (MEW) | **Trustee:** JOHN S. PEREIRA (521200) |
| **Case Name:** THE ALPHAS COMPANY OF NEW YORK, INC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7668 - Checking Account |
| **Taxpayer ID #:** **-***3952 | **Blanket Bond:** $77,473,905.00  (per case limit) |
| **Period Ending:** 01/09/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/16 | {1} | S. Katzman Produce Inc. | Balance purchase price less Break Up Fee for purchase of Units. | 1110-000 | 2,494,500.00 | | 2,494,500.00 |
| 02/24/16 | 101 | GOLDBERG WEPRIN FINKEL GOLDSTEIN AS ATTORNEYS FOR ERIC VINIK | PAYMENT IN FULL ON SECURED CLAIM | 4220-000 | | 250,000.00 | 2,244,500.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,422.62 | 2,243,077.38 |
| 03/18/16 | 102 | VERITEXT | INVOICE #: NY2445655 / JOB #: 2149115 / TRANSCRIPT OF SALE AUCTION | 2990-000 | | 250.45 | 2,242,826.93 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,155.73 | 2,239,671.20 |
| 04/05/16 | {21} | Hunts Point Terminal Produce | Turnover of security deposit. | 1229-000 | 6,432.75 | | 2,246,103.95 |
| 04/13/16 | 103 | EAGLE PRODUCE LLC D/B/A MARTORI FARMS | PAYMENT IN FULL OF SECURED CLAIM | 4220-000 | | 195,796.79 | 2,050,307.16 |
| 04/25/16 | | From Account #******7667 | TRANSFER OF FUNDS | 9999-000 | 166,275.00 | | 2,216,582.16 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,773.22 | 2,213,808.94 |
| 05/17/16 | 104 | DLS, INC. | INVOICE NOS.: 351923 & 351922 / FOR SERVICE OF SUBPOENAS UPON ALEXANDRA ALPHAS, STEPHEN ALPHAS AND PETER ALPHAS | 2990-000 | | 570.00 | 2,213,238.94 |
| 05/17/16 | 105 | VERITEXT | INVOICE #: NY2604936 / JOB #: 2288249 / EBT TRANSCRIPTS OF A.ALPHAS, S.ALPHAS, P.ALPHAS AND A.CIOLINO | 2990-000 | | 1,736.40 | 2,211,502.54 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,773.22 | 2,208,729.32 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,155.73 | 2,205,573.59 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,773.22 | 2,202,800.37 |
| 08/22/16 | 106 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/22/2016 FOR CASE #14-10510 | 2300-000 | | 1,098.29 | 2,201,702.08 |
| 08/25/16 | 107 | JOHN S. PEREIRA | Dividend paid 100.00% on $86,945.44, Trustee Compensation;  Reference: | 2100-000 | | 86,945.44 | 2,114,756.64 |
| 08/25/16 | 108 | MYC & ASSOCIATES, INC. | Dividend paid 100.00% on $195,000.00, Other Professional Fees;  Reference: | 3991-000 | | 195,000.00 | 1,919,756.64 |
| 08/25/16 | 109 | MYC & ASSOCIATES, INC. | Dividend paid 100.00% on $5,110.08, Other Professional Expenses;  Reference: | 3992-000 | | 5,110.08 | 1,914,646.56 |
| 08/25/16 | 110 | TROUTMAN SANDERS LLP | Dividend paid 100.00% on $745,774.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 745,774.00 | 1,168,872.56 |
| 08/25/16 | 111 | TROUTMAN SANDERS LLP | Dividend paid 100.00% on $14,040.93, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 14,040.93 | 1,154,831.63 |
| | | | Subtotals : | | $2,667,207.75 | $1,512,376.12 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-10510 (MEW)
**Case Name:** THE ALPHAS COMPANY OF NEW YORK, INC

**Taxpayer ID #:** **-***3952
**Period Ending:** 01/09/18

**Trustee:** JOHN S. PEREIRA (521200)
**Bank Name:** Rabobank, N.A.
**Account:** ******7668 - Checking Account
**Blanket Bond:** $77,473,905.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/25/16 | 112 | U.S. TRUSTEE | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees;  Reference: 081-14-10510 | 2950-000 | | 650.00 | 1,154,181.63 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,155.73 | 1,151,025.90 |
| 09/06/16 | 113 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | Dividend paid 100.00% on $2,324.18; Claim# 4S-4; Filed: $2,324.18;  Reference: B-22-3813952-6 | 4110-000 | | 2,324.18 | 1,148,701.72 |
| 09/06/16 | 114 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | Dividend paid 100.00% on $10,372.44; Claim# 4P-4; Filed: $10,372.44;  Reference: B-22-3813952-6 | 5800-000 | | 10,372.44 | 1,138,329.28 |
| 09/06/16 | 115 | STATE OF NEW YORK - DEPARTMENT OF LABOR | Dividend paid 100.00% on $103.63; Claim# 6 -2; Filed: $103.63;  Reference: 45-89641 6 | 5800-000 | | 103.63 | 1,138,225.65 |
| 09/06/16 | 116 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | Dividend paid  25.00% on $32,993.55; Claim# 1; Filed: $32,993.55;  Reference: 0020 | 7100-000 | | 8,248.39 | 1,129,977.26 |
| 09/06/16 | 117 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | Dividend paid  25.00% on $3,230.94; Claim# 4U-4; Filed: $3,230.94;  Reference: B-22-3813952-6 | 7100-000 | | 807.74 | 1,129,169.52 |
| 09/06/16 | 118 | DEAN TUCKER FARMS PRODUCE, INC. | Dividend paid  25.00% on $76,108.89; Claim# 7; Filed: $76,108.89;  Reference: | 7100-000 | | 19,027.22 | 1,110,142.30 |
| 09/06/16 | 119 | AMCO PRODUCE, INC. | Dividend paid  25.00% on $71,233.70; Claim# 8; Filed: $71,233.70;  Reference: | 7100-000 | | 17,808.43 | 1,092,333.87 |
| 09/06/16 | 120 | SIX L'S PACKING CO., INC. | Dividend paid  25.00% on $49,498.20; Claim# 9; Filed: $49,498.20;  Reference: | 7100-000 | | 12,374.55 | 1,079,959.32 |
| 09/06/16 | 121 | 1068409 ONTARIO LIMITED I | Dividend paid  25.00% on $95,871.00; Claim# 12; Filed: $95,871.00;  Reference: | 7100-000 | | 23,967.75 | 1,055,991.57 |
| 09/06/16 | 122 | BOUNTY FRESH, LLC | Dividend paid  25.00% on $19,220.13; Claim# 13 -2; Filed: $19,220.13;  Reference: | 7100-000 | | 4,805.03 | 1,051,186.54 |
| 09/06/16 | 123 | BIG RED TOMATO PACKERS, LLC | Dividend paid  25.00% on $28,189.00; Claim# 14; Filed: $28,189.00;  Reference: | 7100-000 | | 7,047.25 | 1,044,139.29 |
| 09/06/16 | 124 | SOUTHERN CORPORATE PACKERS, INC. | Dividend paid  25.00% on $34,055.26; Claim# 15; Filed: $34,055.26;  Reference: | 7100-000 | | 8,513.82 | 1,035,625.47 |
| 09/06/16 | 125 | KEITH BURTON FARM LLC | Dividend paid  25.00% on $10,231.20; Claim# 17; Filed: $10,231.20;  Reference: | 7100-000 | | 2,557.80 | 1,033,067.67 |
| 09/06/16 | 126 | ROMAN PRODUCE, INC. | Dividend paid  25.00% on $18,000.00; Claim# 18; Filed: $25,428.00;  Reference: | 7100-000 | | 4,500.00 | 1,028,567.67 |
| 09/06/16 | 127 | MEDAGLIA & CO. ACCOUNTING | Dividend paid  25.00% on $13,380.00; Claim# 19; Filed: $13,380.00;  Reference: | 7100-000 | | 3,345.00 | 1,025,222.67 |
| 09/06/16 | 128 | FARMERS' MARKET LLC | Dividend paid  25.00% on $254,785.00; Claim# 20; Filed: $254,785.00;  Reference: | 7100-000 | | 63,696.25 | 961,526.42 |

Subtotals :    $0.00    $193,305.21

{} Asset reference(s)

Printed: 01/09/2018 10:25 AM    V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-10510 (MEW) | **Trustee:** JOHN S. PEREIRA (521200) |
| **Case Name:** THE ALPHAS COMPANY OF NEW YORK, INC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7668 - Checking Account |
| **Taxpayer ID #:** **-***3952 | **Blanket Bond:** $77,473,905.00  (per case limit) |
| **Period Ending:** 01/09/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/16 | 129 | WAUDWARE INCORPORATED | Dividend paid  25.00% on $11,450.56;  Claim# 21; Filed: $11,450.56;  Reference: | 7100-000 | | 2,862.64 | 958,663.78 |
| 09/06/16 | 130 | MR. GREG BLATT | Dividend paid  25.00% on $40,000.00;  Claim# 22; Filed: $40,000.00;  Reference: Stopped on 03/07/17 | 7100-000 | | 10,000.00 | 948,663.78 |
| 09/06/16 | 131 | STEPHEN & ALEXANDRA ALPHAS | Dividend paid  25.00% on $150,000.00;  Claim# 23; Filed: $600,000.00;  Reference: | 7100-000 | | 37,500.00 | 911,163.78 |
| 09/06/16 | 132 | THE LAW OFFICES OF JOHN WESLEY VERAJA PLLC | Dividend paid  25.00% on $19,341.16;  Claim# 28; Filed: $19,341.16;  Reference: | 7100-000 | | 4,835.29 | 906,328.49 |
| 09/06/16 | 133 | OROFRUIT, LLC | Dividend paid  25.00% on $40,000.00;  Claim# 31; Filed: $40,000.00;  Reference: | 7100-000 | | 10,000.00 | 896,328.49 |
| 09/06/16 | 134 | BEAUVAIS LTEE | Dividend paid  25.00% on $42,935.65;  Claim# N/A; Filed: $42,935.65;  Reference: Voided on 09/16/16 | 7100-000 | | 10,733.91 | 885,594.58 |
| 09/16/16 | 134 | BEAUVAIS LTEE | Dividend paid  25.00% on $42,935.65;  Claim# N/A; Filed: $42,935.65;  Reference: Voided: check issued on 09/06/16 | 7100-000 | | -10,733.91 | 896,328.49 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,821.94 | 894,506.55 |
| 10/05/16 | | To Account #******7669 | PER ORDER DATED 9/15/16 - RESERVE FUNDS FOR DISPUTED/UNRESOLVED CLAIMS | 9999-000 | | 393,142.34 | 501,364.21 |
| 10/05/16 | 135 | DIMARE HOMESTEAD, INC. AND DIMARE RUSKIN, INC. | PAYMENT IN FULL, FINAL AND COMPLETE SATISFACTION OF CLAIM PER STIPULATION AND ORDER DATED 8/24/16 | 4220-000 | | 100,000.00 | 401,364.21 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,234.33 | 400,129.88 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,286.38 | 398,843.50 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 799.23 | 398,044.27 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 822.56 | 397,221.71 |
| 02/23/17 | 136 | VERITEXT | INVOICE #: NY2847536 / INVOICE DATE: 1/5/17 / TRANSCRIPT OF WALTER SAKOW | 2990-000 | | 400.08 | 396,821.63 |
| 02/23/17 | 137 | J&J COURT TRANSCRIBERS, INC. | INVOICE #: 2017-00252 / TRANSCRIPT OF 1/12/17 HEARING | 2990-000 | | 157.30 | 396,664.33 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 718.76 | 395,945.57 |
| 03/07/17 | 130 | MR. GREG BLATT | Dividend paid  25.00% on $40,000.00;  Claim# 22; Filed: $40,000.00;  Reference: Stopped: check issued on 09/06/16 | 7100-000 | | -10,000.00 | 405,945.57 |
| 03/07/17 | 138 | GREG BLATT | Dividend paid  25.00% on $40,000.00;  Claim# 22; Filed: $40,000.00;  Reference: | 7100-000 | | 10,000.00 | 395,945.57 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 793.90 | 395,151.67 |

Subtotals :                    $0.00          $566,374.75

{} Asset reference(s)                                                                    Printed: 01/09/2018 10:25 AM    V.13.30

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 14-10510 (MEW)

**Case Name:** THE ALPHAS COMPANY OF NEW YORK, INC

**Taxpayer ID #:** **-***3952

**Period Ending:** 01/09/18

**Trustee:** JOHN S. PEREIRA (521200)

**Bank Name:** Rabobank, N.A.

**Account:** ******7668 - Checking Account

**Blanket Bond:** $77,473,905.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/09/17 | 139 | HUNTS POINT TERMINAL PRODUCE COOPERATIVE ASSOCIATION, INC. | PAYMENT IN FULL, FINAL AND COMPLETE SATISFACTION, PER STIPULATION AND ORDER, DATED 5/8/17 | 2410-000 | | 12,500.00 | 382,651.67 |
| 05/16/17 | | From Account #******7666 | TRANSFER TO CHECKING ACCOUNT | 9999-000 | 37,397.31 | | 420,048.98 |
| 05/16/17 | | From Account #******7669 | TRANSFER TO CHECKING ACCOUNT | 9999-000 | 90,787.50 | | 510,836.48 |
| 05/16/17 | 140 | JOHN S. PEREIRA | Dividend paid 100.00% on $108,601.80, Trustee Compensation;  Reference: | 2100-000 | | 21,656.36 | 489,180.12 |
| 05/16/17 | 141 | TROUTMAN SANDERS LLP | Dividend paid 100.00% on $932,217.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 186,443.50 | 302,736.62 |
| 05/16/17 | 142 | AKERMAN LLP | Dividend paid 100.00% on $75,449.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 75,449.50 | 227,287.12 |
| 05/16/17 | 143 | AKERMAN LLP | Dividend paid 100.00% on $415.23, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 415.23 | 226,871.89 |
| 05/16/17 | 144 | LEONARD HARRIS, CPA | Dividend paid 100.00% on $8,435.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 8,435.00 | 218,436.89 |
| 05/16/17 | 145 | LEONARD HARRIS, CPA | Dividend paid 100.00% on $29.90, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 29.90 | 218,406.99 |
| 05/16/17 | 146 | NYC DEPT OF FINANCE | Dividend paid 100.00% on $60.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: 2014 / 22-3813952 | 2820-000 | | 60.00 | 218,346.99 |
| 05/16/17 | 147 | NYC DEPT OF FINANCE | Dividend paid 100.00% on $57.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: 2015 / 22-3813952 | 2820-000 | | 57.00 | 218,289.99 |
| 05/16/17 | 148 | NYC DEPT OF FINANCE | Dividend paid 100.00% on $1,945.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: 2016 / 22-3813952 | 2820-000 | | 1,945.00 | 216,344.99 |
| 05/16/17 | 149 | NYC DEPT OF FINANCE | Dividend paid 100.00% on $25.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: 2017 / 22-3813952 | 2820-000 | | 25.00 | 216,319.99 |
| 05/16/17 | 150 | NEW YORK STATE CORPORATION TAX | Dividend paid 100.00% on $60.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: 2014 / 22-3813952 | 2820-000 | | 60.00 | 216,259.99 |
| 05/16/17 | 151 | NEW YORK STATE CORPORATION TAX | Dividend paid 100.00% on $57.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: 2015 / 22-3813952 | 2820-000 | | 57.00 | 216,202.99 |

Subtotals :  $128,184.81    $307,133.49

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 14-10510 (MEW)
**Case Name:** THE ALPHAS COMPANY OF NEW YORK, INC

**Taxpayer ID #:** **-***3952
**Period Ending:** 01/09/18

**Trustee:** JOHN S. PEREIRA (521200)
**Bank Name:** Rabobank, N.A.
**Account:** ******7668 - Checking Account
**Blanket Bond:** $77,473,905.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/16/17 | 152 | NEW YORK STATE CORPORATION TAX | Dividend paid 100.00% on $1,296.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: 2016 / 22-3813952 | 2820-000 | | 1,296.00 | 214,906.99 |
| 05/16/17 | 153 | NEW YORK STATE CORPORATION TAX | Dividend paid 100.00% on $25.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: 2017 / 22-3813952 Stopped on 10/17/17 | 2820-001 | | 25.00 | 214,881.99 |
| 05/16/17 | 154 | JOHN S. PEREIRA | Dividend paid 100.00% on $246.73, Trustee Expenses;  Reference: | 2200-000 | | 246.73 | 214,635.26 |
| 05/16/17 | 155 | NEW YORK STATE CORPORATION TAX | Dividend paid 100.00% on $250.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: 2014 / 22-3813952 | 2820-000 | | 250.00 | 214,385.26 |
| 05/16/17 | 156 | NEW YORK STATE CORPORATION TAX | Dividend paid 100.00% on $250.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: 2015 / 22-3813952 | 2820-000 | | 250.00 | 214,135.26 |
| 05/16/17 | 157 | NEW YORK STATE CORPORATION TAX | Dividend paid 100.00% on $150.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: 2016 / 22-3813952 | 2820-000 | | 150.00 | 213,985.26 |
| 05/16/17 | 158 | UNITED STATES TREASURY | Dividend paid 100.00% on $5,135.00, Income Taxes - Internal Revenue Service (post-petition);  Reference: 2014 / 22-3813952 | 2810-000 | | 5,135.00 | 208,850.26 |
| 05/16/17 | 159 | UNITED STATES TREASURY | Dividend paid 100.00% on $2,795.00, Income Taxes - Internal Revenue Service (post-petition);  Reference: 2015 / 22-3813952 | 2810-000 | | 2,795.00 | 206,055.26 |
| 05/16/17 | 160 | UNITED STATES TREASURY | Dividend paid 100.00% on $650.00, Income Taxes - Internal Revenue Service (post-petition);  Reference: 2016 / 22-3813952 | 2810-000 | | 650.00 | 205,405.26 |
| 05/16/17 | 161 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | Dividend paid  33.76% on $32,993.55; Claim# 1; Filed: $32,993.55;  Reference: 0020 | 7100-000 | | 2,892.95 | 202,512.31 |
| 05/16/17 | 162 | UNITED TEAMSTER FUND | Dividend paid  33.76% on $1,209,419.35; Claim# 2 -2; Filed: $1,209,419.35;  Reference: | 7100-000 | | 106,044.59 | 96,467.72 |
| 05/16/17 | 163 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | Dividend paid  33.76% on $3,230.94; Claim# 4U-4; Filed: $3,230.94;  Reference: B-22-3813952-6 | 7100-000 | | 283.29 | 96,184.43 |
| 05/16/17 | 164 | DEAN TUCKER FARMS | Dividend paid  33.76% on $76,108.89; Claim# | 7100-000 | | 6,673.40 | 89,511.03 |

Subtotals :   $0.00   $126,691.96

{} Asset reference(s)

Printed: 01/09/2018 10:25 AM   V.13.30

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 14-10510 (MEW)
**Case Name:** THE ALPHAS COMPANY OF NEW YORK, INC

**Taxpayer ID #:** **-***3952
**Period Ending:** 01/09/18

**Trustee:** JOHN S. PEREIRA (521200)
**Bank Name:** Rabobank, N.A.
**Account:** ******7668 - Checking Account
**Blanket Bond:** $77,473,905.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | PRODUCE, INC. | 7; Filed: $76,108.89;  Reference: | | | | |
| 05/16/17 | 165 | AMCO PRODUCE, INC. | Dividend paid  33.76% on $71,233.70; Claim# 8; Filed: $71,233.70;  Reference: | 7100-000 | | 6,245.93 | 83,265.10 |
| 05/16/17 | 166 | SIX L'S PACKING CO., INC. | Dividend paid  33.76% on $49,498.20; Claim# 9; Filed: $49,498.20;  Reference: | 7100-000 | | 4,340.11 | 78,924.99 |
| 05/16/17 | 167 | 1068409 ONTARIO LIMITED I | Dividend paid  33.76% on $95,871.00; Claim# 12; Filed: $95,871.00;  Reference: | 7100-000 | | 8,406.18 | 70,518.81 |
| 05/16/17 | 168 | BOUNTY FRESH, LLC | Dividend paid  33.76% on $19,220.13; Claim# 13 -2; Filed: $19,220.13;  Reference: | 7100-000 | | 1,685.27 | 68,833.54 |
| 05/16/17 | 169 | BIG RED TOMATO PACKERS, LLC | Dividend paid  33.76% on $28,189.00; Claim# 14; Filed: $28,189.00;  Reference: | 7100-000 | | 2,471.67 | 66,361.87 |
| 05/16/17 | 170 | SOUTHERN CORPORATE PACKERS, INC. | Dividend paid  33.76% on $34,055.26; Claim# 15; Filed: $34,055.26;  Reference: | 7100-000 | | 2,986.04 | 63,375.83 |
| 05/16/17 | 171 | KEITH BURTON FARM LLC | Dividend paid  33.76% on $10,231.20; Claim# 17; Filed: $10,231.20;  Reference: | 7100-000 | | 897.09 | 62,478.74 |
| 05/16/17 | 172 | ROMAN PRODUCE, INC. | Dividend paid  33.76% on $18,000.00; Claim# 18; Filed: $25,428.00;  Reference: | 7100-000 | | 1,578.28 | 60,900.46 |
| 05/16/17 | 173 | MEDAGLIA & CO. ACCOUNTING | Dividend paid  33.76% on $13,380.00; Claim# 19; Filed: $13,380.00;  Reference: | 7100-000 | | 1,173.19 | 59,727.27 |
| 05/16/17 | 174 | FARMERS' MARKET LLC | Dividend paid  33.76% on $254,785.00; Claim# 20; Filed: $254,785.00;  Reference: | 7100-000 | | 22,340.12 | 37,387.15 |
| 05/16/17 | 175 | WAUDWARE INCORPORATED | Dividend paid  33.76% on $11,450.56; Claim# 21; Filed: $11,450.56;  Reference: | 7100-000 | | 1,004.01 | 36,383.14 |
| 05/16/17 | 176 | GREG BLATT | Dividend paid  33.76% on $40,000.00; Claim# 22; Filed: $40,000.00;  Reference: | 7100-000 | | 3,507.29 | 32,875.85 |
| 05/16/17 | 177 | STEPHEN & ALEXANDRA ALPHAS | Dividend paid  33.76% on $150,000.00; Claim# 23; Filed: $600,000.00;  Reference: | 7100-000 | | 13,152.34 | 19,723.51 |
| 05/16/17 | 178 | THE LAW OFFICES OF JOHN WESLEY VERAJA PLLC | Dividend paid  33.76% on $19,341.16; Claim# 28; Filed: $19,341.16;  Reference: | 7100-000 | | 1,695.88 | 18,027.63 |
| 05/16/17 | 179 | ANDREW SQUIRE | Dividend paid  33.76% on $8,000.00; Claim# 29; Filed: $32,425.95;  Reference: | 7100-000 | | 2,701.46 | 15,326.17 |
| 05/16/17 | 180 | PLAZA DEL CASTILLO DEV CORP | Dividend paid  33.76% on $35,000.00; Claim# 30; Filed: $155,150.00;  Reference: | 7100-000 | | 11,818.88 | 3,507.29 |
| 05/16/17 | 181 | OROFRUIT, LLC | Dividend paid  33.76% on $40,000.00; Claim# 31; Filed: $40,000.00;  Reference: | 7100-000 | | 3,507.29 | 0.00 |
| 10/17/17 | 153 | NEW YORK STATE CORPORATION TAX | Dividend paid  100.00% on $25.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: 2017 / 22-3813952 Stopped: check issued on 05/16/17 | 2820-001 | | -25.00 | 25.00 |

Subtotals :  $0.00  $89,486.03

{} Asset reference(s)

Printed: 01/09/2018 10:25 AM    V.13.30

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 14-10510 (MEW) | |
| **Case Name:** | THE ALPHAS COMPANY OF NEW YORK, INC | |
| **Taxpayer ID #:** | **-***3952 | |
| **Period Ending:** | 01/09/18 | |

| | |
|---|---|
| **Trustee:** | JOHN S. PEREIRA (521200) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7668 - Checking Account |
| **Blanket Bond:** | $77,473,905.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/11/17 | 182 | CLERK OF THE COURT | TURNOVER OF UNCLAIMED DIVIDENDS<br>[ADMIN CLAIM: NEW YORK STATE<br>CORPORATION TAX] | 2820-000 | | 25.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,795,392.56 | 2,795,392.56 | $0.00 |
| | | | Less: Bank Transfers | | 294,459.81 | 393,142.34 | |
| | | | **Subtotal** | | **2,500,932.75** | **2,402,250.22** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,500,932.75** | **$2,402,250.22** | |

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case Number: | 14-10510 (MEW) | | Trustee: | JOHN S. PEREIRA (521200) |
| Case Name: | THE ALPHAS COMPANY OF NEW YORK, INC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7666 - Escrow Account |
| Taxpayer ID #: | **-***3952 | | Blanket Bond: | $77,473,905.00  (per case limit) |
| Period Ending: | 01/09/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/09/15 | | Muscat Produce LLC | Deposit toward purchase of trustee's right, title and interest in and to stock at Hunts Point Assn. | 1180-000 | 85,000.00 | | 85,000.00 |
| 08/05/15 | {16} | Hunts Point Terminal Produce Cooperative Assocation, Inc. | Debtor's share of a judgment obtained by Hunts Point on behalf of its members against the Hudson River Shipyard Associates | 1249-000 | 38,627.13 | | 123,627.13 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 396.75 | 123,230.38 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 310.38 | 122,920.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 352.73 | 122,567.27 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.96 | 122,397.31 |
| 02/16/16 | 101 | MUSCAT PRODUCE LLC | RETURN OF DEPOSIT OF STALKING HORSE BIDDER | 1180-000 | -85,000.00 | | 37,397.31 |
| 05/16/17 | | To Account #******7668 | TRANSFER TO CHECKING ACCOUNT | 9999-000 | | 37,397.31 | 0.00 |
| | | | ACCOUNT TOTALS | | 38,627.13 | 38,627.13 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 37,397.31 | |
| | | | Subtotal | | 38,627.13 | 1,229.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $38,627.13 | $1,229.82 | |

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-10510 (MEW) | **Trustee:** JOHN S. PEREIRA (521200) |
| **Case Name:** THE ALPHAS COMPANY OF NEW YORK, INC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7669 - Reserve Account |
| **Taxpayer ID #:** **-***3952 | **Blanket Bond:** $77,473,905.00  (per case limit) |
| **Period Ending:** 01/09/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/16 | | From Account #******7668 | PER ORDER DATED 9/15/16 - RESERVE FUNDS FOR DISPUTED/UNRESOLVED CLAIMS | 9999-000 | 393,142.34 | | 393,142.34 |
| 11/18/16 | 101 | UNITED TEAMSTER FUND | Dividend paid  25.00% on $1,209,419.35; Claim# 2-2; Filed: $1,209,419.35;  Reference: | 7100-000 | | 302,354.84 | 90,787.50 |
| 05/16/17 | | To Account #******7668 | TRANSFER TO CHECKING ACCOUNT | 9999-000 | | 90,787.50 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 393,142.34 | 393,142.34 | $0.00 |
| Less: Bank Transfers | 393,142.34 | 90,787.50 | |
| **Subtotal** | 0.00 | 302,354.84 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $302,354.84 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 14-10510 (MEW) | |
| **Case Name:** | THE ALPHAS COMPANY OF NEW YORK, INC | |
| | | |
| **Taxpayer ID #:** | **-***3952 | |
| **Period Ending:** | 01/09/18 | |

| | |
|---|---|
| **Trustee:** | JOHN S. PEREIRA (521200) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7667 - Escrow-Good Faith Deposit |
| **Blanket Bond:** | $77,473,905.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/09/15 | {1} | S. Katzman Produce, Inc. | Good Faith Deposit for the sale of the Units (Bidder No. 2) | 1110-000 | 90,000.00 | | 90,000.00 |
| 09/11/15 | | C and J Brothers, Inc. | Good faith deposit for the sale of the Units (Bidder No. 3) | 1180-000 | 90,000.00 | | 180,000.00 |
| 09/11/15 | | Fres Co LLC | Good faith deposit for the sale of the Units (Bidder No. 4) | 1180-000 | 90,000.00 | | 270,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 275,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 280,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 285,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 290,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 295,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 300,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 305,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 310,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 315,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 320,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 325,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 330,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 335,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 340,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 345,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 350,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 355,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 360,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 365,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 370,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 375,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 380,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 385,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 390,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 395,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 400,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 405,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 410,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 415,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 420,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 425,000.00 |

Subtotals :    $425,000.00    $0.00

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-10510 (MEW) | **Trustee:** JOHN S. PEREIRA (521200) |
| **Case Name:** THE ALPHAS COMPANY OF NEW YORK, INC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7667 - Escrow-Good Faith Deposit |
| **Taxpayer ID #:** **-***3952 | **Blanket Bond:** $77,473,905.00 (per case limit) |
| **Period Ending:** 01/09/18 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 430,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 435,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 440,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 445,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 450,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 455,000.00 |
| 10/01/15 | {1} | S. Katzman Produce, Inc. | Successful bidder for sale of the Units. | 1110-000 | 5,000.00 | | 460,000.00 |
| 10/13/15 | 101 | FRES CO LLC | RETURN OF GOOD FAITH DEPOSIT FOR THE SALE OF THE UNITS | 1180-000 | -90,000.00 | | 370,000.00 |
| 02/10/16 | 102 | HUNTS POINT TERMINAL PRODUCE COOPERATIVE ASSOCIATION, INC. | PAYMENT OF HUNTS POINT CURE CLAIM PURSUANT TO AMENDMENT TO SETTLEMENT AGREEMENT | 2410-000 | | 40,000.00 | 330,000.00 |
| 02/11/16 | 103 | FIRST AMERICAN TITLE INSURANCE COMPNAY | PAYMENT OF THE RPT, TP-584 TRANSFER TAXES AND FILING FEE | 2500-000 | | 73,600.00 | 256,400.00 |
| 02/11/16 | 104 | FIRST AMERICAN TITLE INSURANCE COMPANY NATIONAL | PAYMENT FOR SERVICE FEES | 2500-000 | | 125.00 | 256,275.00 |
| 02/12/16 | {1} | S. Katzman Produce Inc. | Payment of Break-Up Fee in purchase of Units | 1110-000 | 25,500.00 | | 281,775.00 |
| 02/16/16 | 105 | MUSCAT PRODUCE LLC | PAYMENT OF BREAK-UP FEE | 2500-000 | | 25,500.00 | 256,275.00 |
| 02/16/16 | 106 | C AND J BROTHERS, INC. | RETURN OF GOOD FAITH DEPOSIT FOR THE SALE OF THE UNITS | 1180-000 | -90,000.00 | | 166,275.00 |
| 04/25/16 | | To Account #******7668 | TRANSFER OF FUNDS | 9999-000 | | 166,275.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 305,500.00 | 305,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 166,275.00 | |
| **Subtotal** | 305,500.00 | 139,225.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$305,500.00** | **$139,225.00** | |

| | |
|---|---|
| Net Receipts : | 2,845,059.88 |
| Net Estate : | $2,845,059.88 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7668** | 2,500,932.75 | 2,402,250.22 | 0.00 |
| **Checking # ******7666** | 38,627.13 | 1,229.82 | 0.00 |
| **Checking # ******7669** | 0.00 | 302,354.84 | 0.00 |
| **Checking # ******7667** | 305,500.00 | 139,225.00 | 0.00 |
| | $2,845,059.88 | $2,845,059.88 | $0.00 |

Exhibit 9

# Form 2

Page: 12

## Cash Receipts And Disbursements Record

| Case Number: | 14-10510 (MEW) | | Trustee: | JOHN S. PEREIRA (521200) |
|---|---|---|---|---|
| Case Name: | THE ALPHAS COMPANY OF NEW YORK, INC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7667 - Escrow-Good Faith Deposit |
| Taxpayer ID #: | **-***3952 | | Blanket Bond: | $77,473,905.00  (per case limit) |
| Period Ending: | 01/09/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |